# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 3:10cr30008-MGM

USCA Docket Number: 21-1292

United States of America

v.

Mani Batchu

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed _____ paper documents __X__ electronic documents:

**Main Documents:**

Document Numbers: ECF Nos. 293 and 295

**Other Documents:**

Sealed Records:

Document Numbers: _____

*Ex parte* Records:

Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 26, 2021.

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

APPEAL,CUSTODY,VICTIM

# United States District Court
## District of Massachusetts (Springfield)
## CRIMINAL DOCKET FOR CASE #: <u>3:10−cr−30008−MGM</u>−1

Case title: USA v. Batchu

Related Case: 3:14−cv−30203−MGM

Magistrate judge case number: 3:09−mj−00711−KPN

Date Filed: 04/05/2010
Date Terminated: 11/30/2011

Assigned to: Judge Mark G. Mastroianni

Appeals court case numbers: 11−2414 First Circuit, 13−6914 Supreme Court of the United States, 21−1292 USCA − First Circuit

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Mani Batchu**<br>*TERMINATED: 11/30/2011* | represented by | **Mani Batchu**<br>Reg. No. 91057−038<br>Inmate Mail, FCI Beaumont Low<br>P.O. Box 26020<br>Beaumont, TX 77720<br>PRO SE<br><br>**Francis T. O'Brien , Jr.**<br>O'Brien Law Boston<br>50 Congress Street<br>Suite 525<br>Boston, MA 02109<br>617−512−0939<br>Fax: 617−722−0144<br>Email: fob@obrienlawboston.com<br>*TERMINATED: 06/09/2010*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Kevin L. Barron**<br>Kevin L. Barron<br>Attorney at Law<br>50 Congress Street, 6th Flr.<br>Boston, MA 02109<br>617−407−6837<br>Email: kevinbarronesq@gmail.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Richard N. Foley**
55 Market Street 2B
Portsmouth, NH 03801
603–433–1303
Fax: 603–433–1214
Email: rfoley@lawofficesofrichardfoley.com
*TERMINATED: 01/12/2017*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

TRANSPORTATION OF A
MINOR TO ENGAGE IN
CRIMINAL SEXUAL
ACTIVITY, 18:2423.F
(1)

**Disposition**

365 months imprisonment to run concurrently. 360 months supervised release. 1. The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon. 2. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office while any financial obligations remain outstanding. 3. The defendant is to provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the U.S. Attorneys Office. 4. The defendant is to participate in a sex offender specific treatment program which may include sex offender specific testing at the direction of the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third–party payment. 5. The defendant shall be required to submit to periodic polygraph testing as a means to insure that he is in compliance with the requirements of the therapeutic program. No violation proceedings will arise based solely on a defendants failure to pass the polygraph. Such an event could, however, generate a separate investigation. When submitting to a polygraph exam, the defendant does not waive his Fifth Amendment rights, and the defendants exercise of his Fifth Amendment rights will not give rise to violation proceedings. The defendant shall be required to contribute to the costs of testing based on the ability to pay or availability of third–party payment. 6. The defendant is prohibited from engaging in an occupation, business, or profession that would require or enable him to have direct or indirect supervision of children under the age of 18 and is not to have unsupervised contact with anyone under the

age of 18. 7. The defendant is prohibited from possessing a computer and/or related materials except as deemed necessary for work purposes. 8. The defendant shall allow the U.S. Probation Office to install software (IPPC) designed to monitor computer activities on any computer the defendant is authorized to use. This may include, but is not limited to, software that may record any and all activity on the computers the defendant may use, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. The defendant will pay any costs related to the monitoring of his computer usage. 9. The defendant shall have no use of the Internet at his home, work, or elsewhere. 10. The defendant is prohibited from viewing or possessing any kind of pornography or sexually explicit materials, adult or otherwise. 11. The defendant shall report his address, and any subsequent address changes, to the Probation Office. 12.The defendant shall register as a sex offender as required in any state where he resides, is employed, carries on a vocation, or is a student. 13.The defendant shall use his true name and is prohibited from the use of any false identifying information which includes, but is not limited to, any aliases, false dates of birth, false social security numbers, and incorrect places of birth. 14. Defendant shall not contact, directly or indirectly, any victim, including Minor A, or family member of any victim, of the charged offenses. 15. Defendant shall promptly notify the Probation Department of any contact, direct or indirect, by any victim, including Minor A and Minor C, or family member of any victim, of the charged offenses. 16. Defendant shall \"submit his person, and any property, house, residence, vehicle, papers, computer, other electronic communications, or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions,\" pursuant to 18 U.S.C. 3583(d). Special assessment fee of $500 to be paid immediately. Restitution in the amount of $2,500,000. Forfeiture of the following: (1) one Apple MacBook Pro with serial number W8734MNOZ5W; (2) one Apple MacBook Pro bearing serial number W8928JY566D; (3) one black SanDisk Cruzer Micro 2.0 GB flash USB memory drive bearing number BE06063BB; (4) one silver

Casio Exilim 3.2 MP digital camera bearing serial number 1280444A; and (5) one silver 2002 Lexus IS 300, bearing Vehicle Identification Number JTHBD192820035037 and Illinois Registration Number VBATCHU.

INTERSTATE TRAVEL FOR THE PURPOSE OF ENGAGING IN ILLICIT SEXUAL CONDUCT WITH A MINOR, 18:2423.F
(2–4)

365 months imprisonment to run concurrently. 360 months supervised release. 1. The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon. 2. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office while any financial obligations remain outstanding. 3. The defendant is to provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the U.S. Attorneys Office. 4. The defendant is to participate in a sex offender specific treatment program which may include sex offender specific testing at the direction of the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third–party payment. 5. The defendant shall be required to submit to periodic polygraph testing as a means to insure that he is in compliance with the requirements of the therapeutic program. No violation proceedings will arise based solely on a defendants failure to pass the polygraph. Such an event could, however, generate a separate investigation. When submitting to a polygraph exam, the defendant does not waive his Fifth Amendment rights, and the defendants exercise of his Fifth Amendment rights will not give rise to violation proceedings. The defendant shall be required to contribute to the costs of testing based on the ability to pay or availability of third–party payment. 6. The defendant is prohibited from engaging in an occupation, business, or profession that would require or enable him to have direct or indirect supervision of children under the age of 18 and is not to have unsupervised contact with anyone under the age of 18. 7. The defendant is prohibited from possessing a computer and/or related materials except as deemed necessary for work purposes. 8. The defendant shall allow the U.S. Probation Office to install software (IPPC) designed to monitor computer activities on any computer the defendant is authorized to use. This may include, but is not limited to, software that may record any and all activity on the computers the defendant may use, including the capture of keystrokes, application information, internet use history, email

4

correspondence, and chat conversations. The defendant will pay any costs related to the monitoring of his computer usage. 9. The defendant shall have no use of the Internet at his home, work, or elsewhere. 10. The defendant is prohibited from viewing or possessing any kind of pornography or sexually explicit materials, adult or otherwise. 11. The defendant shall report his address, and any subsequent address changes, to the Probation Office. 12.The defendant shall register as a sex offender as required in any state where he resides, is employed, carries on a vocation, or is a student. 13.The defendant shall use his true name and is prohibited from the use of any false identifying information which includes, but is not limited to, any aliases, false dates of birth, false social security numbers, and incorrect places of birth. 14. Defendant shall not contact, directly or indirectly, any victim, including Minor A, or family member of any victim, of the charged offenses. 15. Defendant shall promptly notify the Probation Department of any contact, direct or indirect, by any victim, including Minor A and Minor C, or family member of any victim, of the charged offenses. 16. Defendant shall \"submit his person, and any property, house, residence, vehicle, papers, computer, other electronic communications, or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions,\" pursuant to 18 U.S.C. 3583(d). Special assessment fee of $500 to be paid immediately. Restitution in the amount of $2,500,000. Forfeiture of the following: (1) one Apple MacBook Pro with serial number W8734MNOZ5W; (2) one Apple MacBook Pro bearing serial number W8928JY566D; (3) one black SanDisk Cruzer Micro 2.0 GB flash USB memory drive bearing number BE06063BB; (4) one silver Casio Exilim 3.2 MP digital camera bearing serial number 1280444A; and (5) one silver 2002 Lexus IS 300, bearing Vehicle Identification Number JTHBD192820035037 and Illinois Registration Number VBATCHU.

USE OF A FACILITY OF INTERSTATE COMMERCE TO ENTICE MINOR TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY, 18:2422.F (5)

365 months imprisonment to run concurrently. 360 months supervised release. 1. The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon. 2. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the

approval of the Probation Office while any financial obligations remain outstanding. 3. The defendant is to provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the U.S. Attorneys Office. 4. The defendant is to participate in a sex offender specific treatment program which may include sex offender specific testing at the direction of the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third–party payment. 5. The defendant shall be required to submit to periodic polygraph testing as a means to insure that he is in compliance with the requirements of the therapeutic program. No violation proceedings will arise based solely on a defendants failure to pass the polygraph. Such an event could, however, generate a separate investigation. When submitting to a polygraph exam, the defendant does not waive his Fifth Amendment rights, and the defendants exercise of his Fifth Amendment rights will not give rise to violation proceedings. The defendant shall be required to contribute to the costs of testing based on the ability to pay or availability of third–party payment. 6. The defendant is prohibited from engaging in an occupation, business, or profession that would require or enable him to have direct or indirect supervision of children under the age of 18 and is not to have unsupervised contact with anyone under the age of 18. 7. The defendant is prohibited from possessing a computer and/or related materials except as deemed necessary for work purposes. 8. The defendant shall allow the U.S. Probation Office to install software (IPPC) designed to monitor computer activities on any computer the defendant is authorized to use. This may include, but is not limited to, software that may record any and all activity on the computers the defendant may use, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. The defendant will pay any costs related to the monitoring of his computer usage. 9. The defendant shall have no use of the Internet at his home, work, or elsewhere. 10. The defendant is prohibited from viewing or possessing any kind of pornography or sexually explicit materials, adult or otherwise. 11. The defendant shall report his address, and any subsequent address changes, to the Probation Office. 12.The defendant shall register as a sex offender as required in any state where he resides, is employed,

carries on a vocation, or is a student. 13.The defendant shall use his true name and is prohibited from the use of any false identifying information which includes, but is not limited to, any aliases, false dates of birth, false social security numbers, and incorrect places of birth. 14. Defendant shall not contact, directly or indirectly, any victim, including Minor A, or family member of any victim, of the charged offenses. 15. Defendant shall promptly notify the Probation Department of any contact, direct or indirect, by any victim, including Minor A and Minor C, or family member of any victim, of the charged offenses. 16. Defendant shall \"submit his person, and any property, house, residence, vehicle, papers, computer, other electronic communications, or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions,\" pursuant to 18 U.S.C. 3583(d). Special assessment fee of $500 to be paid immediately. Restitution in the amount of $2,500,000. Forfeiture of the following: (1) one Apple MacBook Pro with serial number W8734MNOZ5W; (2) one Apple MacBook Pro bearing serial number W8928JY566D; (3) one black SanDisk Cruzer Micro 2.0 GB flash USB memory drive bearing number BE06063BB; (4) one silver Casio Exilim 3.2 MP digital camera bearing serial number 1280444A; and (5) one silver 2002 Lexus IS 300, bearing Vehicle Identification Number JTHBD192820035037 and Illinois Registration Number VBATCHU.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| SEXUAL EXPLOITATION OF A MINOR, 18:2251.F (6) | Dismissed by government motion |
| SEXUAL EXPLOITATION OF A MINOR, 18:2251.F (7) | Dismissed by government motion |
| POSSESSION OF MATERIAL INVOLVING THE SEXUAL | Dismissed by government motion |

EXPLOITATION OF A MINOR,
18:2252A.F
(8)

**Highest Offense Level**
**(Terminated)**

Felony

**Complaints**                                           **Disposition**

18:2423.F TRANSPORTATION
OF A MINOR WITH INTENT
TO ENGAGE IN CRIMINAL
SEXUAL ACTIVITY

---

**Plaintiff**

**USA**                                 represented by   **Alex J. Grant**
United States Attorney's Office
United States Courthouse
300 State Street
Suite 230
Springfield, MA 01105–2926
413–785–0395
Fax: 413–785–0394
Email: Alex.Grant@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Alexandra R. Gelber**
U.S. Department of Justice
1400 New York Avenue NW
Suite 600
Washington, DC 20530
202–307–1316
Fax: 202–514–1793
Email: alexandra.gelber@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Anitha S. Ibrahim**
U.S. Department of Justice Criminal
Division
1400 New York Avenue., NW, 6th Flr.
Washington, DC 20005
202–616–3181
Email: anitha.ibrahim@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Steven H. Breslow**
United States Attorney's Office
300 State Street
Springfield, MA 01105–2926
413–785–0330
Fax: 413–785–0394
Email: steve.breslow@usdoj.gov
*TERMINATED: 12/29/2016*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/17/2009 | | | Arrest of Mani Batchu (Healy, Bethaney) [3:09–mj–00711–KPN] (Entered: 09/18/2009) |
| 09/17/2009 | 1 | | COMPLAINT as to Mani Batchu. (Healy, Bethaney) (Additional attachment(s) added on 9/18/2009: # 1 js45) (Healy, Bethaney). (Additional attachment(s) added on 9/23/2009: # 2 redacted complaint) (Healy, Bethaney). [3:09–mj–00711–KPN] (Entered: 09/18/2009) |
| 09/17/2009 | 2 | | MOTION for Detention as to Mani Batchuby USA. (Healy, Bethaney) [3:09–mj–00711–KPN] (Entered: 09/18/2009) |
| 09/17/2009 | | | Electronic Clerk Notes for proceedings held before Judge Michael A Ponsor: Initial Appearance as to Mani Batchu held on 9/17/2009. Counsel and Defendant appear for initial appearance. Defendant advised of rights. Defendant retains private counsel. Government seeking detention. Court orders Defendant detained pending hearing on 9/18/09 at 11:30 a.m. before Magistrate Judge Neiman. Court requests USMS transport Deft to courthouse early to allow for PTS interview. (Court Reporter Alice Moran.)(Attorneys present: O'Regan, O'Brien) (Healy, Bethaney) [3:09–mj–00711–KPN] (Entered: 09/18/2009) |
| 09/17/2009 | 3 | | Judge Michael A Ponsor: ORDER OF TEMPORARY DETENTION as to Mani Batchu ENTERED, cc:cl. Detention Hearing set for 9/18/2009 11:30 AM in Hampshire Courtroom before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) [3:09–mj–00711–KPN] (Entered: 09/18/2009) |
| 09/18/2009 | | | Attorney update in case as to Mani Batchu. Attorney Kevin O'Regan terminated (Attorney O'Regan appeared on behalf of Attorney Breslow for the initial appearance). (Healy, Bethaney) [3:09–mj–00711–KPN] (Entered: 09/18/2009) |
| 09/18/2009 | | | Electronic Clerk Notes for proceedings held before Magistrate Judge Kenneth P. Neiman: Counsel and Defendant appear for Detention Hearing as to Mani Batchu held on 9/18/2009, Preliminary Examination as to Mani Batchu held on 9/18/2009. Defendant waives preliminary examination. Government is moving for detention. Government indicates that it will seek an extension of the time to return an indictment. Colloquy re: circumstances of arrest. Defendant requests the detention issue be continued to 9/23/09. Court allows |

| | | | |
|---|---|---|---|
| | | | request and continues hearing to 9/23/09 at 11:00 a.m. (Court Reporter FTR (11:30 a.m.).)(Attorneys present: Breslow,O'Brien) (Healy, Bethaney) [3:09–mj–00711–KPN] (Entered: 09/18/2009) |
| 09/18/2009 | 4 | | WAIVER of Preliminary Examination or Hearing by Mani Batchu (Healy, Bethaney) [3:09–mj–00711–KPN] (Entered: 09/18/2009) |
| 09/21/2009 | 5 | | Joint MOTION for Excludable Delay from 10/16/2009 to 12/15/2009 as to Mani Batchuby USA. (Breslow, Steven) [3:09–mj–00711–KPN] (Entered: 09/21/2009) |
| 09/23/2009 | 6 | | MEMORANDUM in Support by USA as to Mani Batchu re 2 MOTION for Detention (Attachments: # 1 Exhibit Compact Disc Filed Under Seal, # 2 Exhibit Service Of Restraining Order.05–24–09, # 3 Exhibit Service of Restraining Order.05–29–09, # 4 Exhibit Docket Sheet and Release Conditions.Massachusetts District Court, # 5 Exhibit Docket and Release Conditions.Connecticut Superior Court)(Breslow, Steven) (Additional attachment(s) added on 9/23/2009: # 6 redacted Exhibit B, # 7 Redacted Exhibit C, # 8 Redacted Exhibit D, # 9 Redacted Exhibit E) (Healy, Bethaney). [3:09–mj–00711–KPN] (Entered: 09/23/2009) |
| 09/23/2009 | | | Judge Michael A Ponsor: Electronic ORDER entered granting 5 Motion to Exclude as to Mani Batchu (1). THE INTREST OF JUSTICE IN THIS CIRCUMSTANCE OUTWEIGH THE USUAL INTEREST OF A SPEEDY TRIAL (Pelegano, Theresa) [3:09–mj–00711–KPN] (Entered: 09/23/2009) |
| 09/23/2009 | 7 | | Judge Michael A Ponsor: ElectronicORDER entered. ORDER ON EXCLUDABLE DELAY as to Mani Batchu Time excluded from 10/16/2009 until 12/15/2009. (Pelegano, Theresa) [3:09–mj–00711–KPN] (Entered: 09/23/2009) |
| 09/23/2009 | | | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered granting 2 Government's Motion for Detention for the reasons stated and within the parameters set forth in court this day. So ordered. (Neiman, Kenneth) [3:09–mj–00711–KPN] (Entered: 09/23/2009) |
| 09/23/2009 | | | Electronic Clerk Notes for proceedings held before Magistrate Judge Kenneth P. Neiman: Detention Hearing as to Mani Batchu held on 9/23/2009. Arguments heard. Court hears from victim's mother. Defendant ordered detained. (Court Reporter FTR.)(Attorneys present: Breslow, O'Brien) (Healy, Bethaney) [3:09–mj–00711–KPN] (Entered: 10/04/2009) |
| 09/25/2009 | 8 | | Assented to MOTION to redact court filings filed under seal as to Mani Batchu by USA. (Attachments: # 1 Proposed Redacted Filing (1of2), # 2 Proposed Redacted Filing (2of2))(Lindsay, Maurice) [3:09–mj–00711–KPN] (Entered: 09/25/2009) |
| 09/25/2009 | | | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered with regard to 8 Government's Motion to Redact references to the alleged victim's initials in court filings. Although the court doubts the efficacy of the redactions at this time, it will, with the assent of Defendant, allow the motion. So ordered.(Neiman, Kenneth) [3:09–mj–00711–KPN] (Entered: 09/25/2009) |
| 11/24/2009 | 9 | | Joint MOTION for Excludable Delay from 12/15/2009 to 01/29/2010 as to Mani Batchuby USA. (Breslow, Steven) [3:09–mj–00711–KPN] (Entered: |

| | | | |
|---|---|---|---|
| | | | 11/24/2009) |
| 11/25/2009 | | | Judge Michael A Ponsor: Electronic ORDER entered granting 9 Motion to Exclude as to Mani Batchu (1). The interest of justice in this circumstance outweigh the usual interest in a speedy trial. (Pelegano, Theresa) [3:09−mj−00711−KPN] (Entered: 11/25/2009) |
| 11/25/2009 | 10 | | Judge Michael A Ponsor: ElectronicORDER entered. ORDER ON EXCLUDABLE DELAY as to Mani Batchu Time excluded from 12/15/09 until 1/29/10. (Pelegano, Theresa) [3:09−mj−00711−KPN] (Entered: 11/25/2009) |
| 11/30/2009 | 11 | | MOTION for Reconsideration re 2 MOTION for Detention filed by USA as to Mani Batchu. (O'Brien, Francis) [3:09−mj−00711−KPN] (Entered: 11/30/2009) |
| 12/11/2009 | 12 | | Govt's SEALED MOTION to submit redacted memorandum in opp. to Deft's motion to reconsider order of pretrial detentionas to Mani Batchuby USA filed. (Finn, Mary) [3:09−mj−00711−KPN] (Entered: 12/14/2009) |
| 12/11/2009 | 13 | | REDACTED MEMORANDUM in Opposition by USA as to Mani Batchu re 11 MOTION for Reconsideration re 2 MOTION for Detention filed by USA. (Attachments: # 1 Exhibit)(Finn, Mary) [3:09−mj−00711−KPN] (Entered: 12/14/2009) |
| 12/11/2009 | 14 | | Sealed Document by United States of America filed. (Attachments: # 1 Exhibit)(Finn, Mary) [3:09−mj−00711−KPN] (Entered: 12/14/2009) |
| 12/15/2009 | | | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered granting 12 Government's Motion to Submit Redacted Memorandum in Opposition, provided that an unredacted copy be provided to Defendant. So ordered. (Neiman, Kenneth) [3:09−mj−00711−KPN] (Entered: 12/15/2009) |
| 12/22/2009 | | | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered granting 11 Defendant's Motion for Reconsideration but, after such reconsideration, denying his request for release on conditions. In essence, Defendant had not rebutted the presumption that he should be detained. First, in the court's estimation, the proposed conditions of release, namely, the posting of property and electronic monitoring, are not sufficient to assure against the risk of flight or the safety of the community. Second, Defendant has repeatedly shown his inability to abide by conditions previously set by other courts. Third, the fact that he has remained incarcerated for some time now is related, in large part, to his agreement to extend the deadline for an indictment to issue. Finally, formal charges have since been filed against him in Florida as well, for which a warrant has issued; there is no assurance that the court there would permit his release even if this court were inclined to do so. So ordered. (Neiman, Kenneth) [3:09−mj−00711−KPN] (Entered: 12/22/2009) |
| 01/13/2010 | 15 | | Joint MOTION for Excludable Delay from 01/29/2010 to 03/26/2010 *(and from 09/17/09 to 10/16/09)* as to Mani Batchuby USA. (Breslow, Steven) [3:09−mj−00711−KPN] (Entered: 01/13/2010) |
| 01/15/2010 | | | Judge Michael A Ponsor: Electronic ORDER entered granting 15 Motion to Exclude as to Mani Batchu (1). The government will file its indictment on or before MArch 26, 2010. The intervening time is hereby excluded in the |

| | | | |
|---|---|---|---|
| | | | interest of justice. (Pelegano, Theresa) Modified on 1/15/2010 to add text(Pelegano, Theresa). [3:09−mj−00711−KPN] (Entered: 01/15/2010) |
| 01/15/2010 | 16 | | Judge Michael A Ponsor: ElectronicORDER entered. ORDER ON EXCLUDABLE DELAY as to Mani Batchu Time excluded from 12/15/09 until 3/26/10. (Pelegano, Theresa) [3:09−mj−00711−KPN] (Entered: 01/15/2010) |
| 01/19/2010 | | | Judge Michael A Ponsor: ElectronicORDER entered. as to Mani Batchu re 15 Joint MOTION for Excludable Delay from 01/29/2010 to 03/26/2010 *(and from 09/17/09 to 10/16/09)* filed by USA −Addendum: with regard to footnote 1, the period from 9/17/09 to 10/16/09 is also excluded in the interest of justice. (Pelegano, Theresa) [3:09−mj−00711−KPN] (Entered: 01/19/2010) |
| 01/19/2010 | 17 | | Judge Michael A Ponsor: ElectronicORDER entered. ORDER ON EXCLUDABLE DELAY as to Mani Batchu Time excluded from 9/17/09 until 10/16/09. (Pelegano, Theresa) [3:09−mj−00711−KPN] (Entered: 01/19/2010) |
| 02/11/2010 | 18 | | MOTION to Withdraw as Attorney by Francis T. O'Brien, Jr. and MOTION to Appoint New Counsel ( Responses due by 2/25/2010) as to Mani Batchu filed. (Finn, Mary) [3:09−mj−00711−KPN] (Entered: 02/11/2010) |
| 02/11/2010 | | | Notice of correction to docket made by Court staff. Correction: Document 18 − Deft's motion to withdraw as counsel. corrected because: Motion deleted and re−docketed due to the motion contains two relief − Motion to withdraw as counsel and motion to appoint new counsel. When motion originally docketed it only contained one relief − Motion to withdraw as counsel as to Mani Batchu. (Finn, Mary) [3:09−mj−00711−KPN] (Entered: 02/11/2010) |
| 02/11/2010 | | | Magistrate Judge Kenneth P. Neiman: ELECTRONIC ORDER entered as to Mani Batchu re 18 MOTION to Withdraw as Attorney by Francis T. O'Brien, Jr. and for Appointment of Counsel, cc:cl. In order for the court to consider the appointment of counsel, Defendant must submit under seal a completed financial affidavit (Form CJA−23), and shall do so by no later than February 25, 2010. (Healy, Bethaney) [3:09−mj−00711−KPN] (Entered: 02/11/2010) |
| 03/01/2010 | | | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered denying without prejudice 18 Defendant's counsel's Motion to Withdraw and to Appoint Substitute Counsel, Defendant and Defendant's counsel having failed to submit under seal a completed financial affidavit by February 25, 2010, as ordered on February 11, 2010. So ordered. (Neiman, Kenneth) [3:09−mj−00711−KPN] (Entered: 03/01/2010) |
| 03/24/2010 | 20 | | Assented to MOTION to Continue to 04/01/2010 to Indict Case, Assented to MOTION for Excludable Delay from 03/26/2010 to 04/23/2010 ( Responses due by 4/7/2010) as to Mani Batchuby USA. (Breslow, Steven) [3:09−mj−00711−KPN] (Entered: 03/24/2010) |
| 03/25/2010 | | | Judge Michael A Ponsor: ORDER entered granting 20 Motion to Continue Time to Indict to 4/1/10 as to Mani Batchu (1); granting 20 Motion to Exclude Time from 3/26/10 − 4/23/10 in interests of justice as to Mani Batchu (1) (Stuckenbruck, John) [3:09−mj−00711−KPN] (Entered: 03/25/2010) |
| 03/25/2010 | 21 | | Judge Michael A Ponsor: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Mani Batchu Time excluded from 3/26/10 until 4/23/10. Reason |

| | | | |
|---|---|---|---|
| | | | for entry of order on excludable delay: 18 USC 3161(h)(8)(B)(i) Interests of justice. (Pelegano, Theresa) [3:09–mj–00711–KPN] (Entered: 03/25/2010) |
| 04/01/2010 | 22 | | INDICTMENT as to Mani Batchu (1) count(s) 1, 2–4, 5, 6–7, 8. (Attachments: # 1 JS45)(Healy, Bethaney) (Entered: 04/06/2010) |
| 04/06/2010 | | | Attorney update in case as to Mani Batchu. Attorney Steven Breslow added. (Healy, Bethaney) (Entered: 04/06/2010) |
| 04/08/2010 | | | ELECTRONIC NOTICE OF HEARING as to Mani Batchu ISSUED, cc:cl. Arraignment set for 4/22/2010 at 2:30 PM in Hampshire Courtroom before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 04/08/2010) |
| 04/09/2010 | 23 | | BILL OF PARTICULARS as to Mani Batchu (Lei, Veronica) (Entered: 04/09/2010) |
| 04/22/2010 | | | District Judge Michael A. Ponsor: ELECTRONIC ORDER entered Referring Case to Magistrate Judge Kenneth P. Neiman. Reason for referral: full pretrial management, excluding dispositive motions. (Healy, Bethaney) (Entered: 04/22/2010) |
| 04/22/2010 | 27 | | NOTICE OF ATTORNEY APPEARANCE: Richard N. Foley appearing for Mani Batchu. Type of Appearance: Retained. (Healy, Bethaney) (Entered: 04/23/2010) |
| 04/22/2010 | | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman: Counsel appear for Arraignment on 4/22/2010. Court informs counsel that, due to an unforeseen conflict in the USMS schedule, Defendant has not been brought to court for arraignment. Arraignment is rescheduled to 5/3/10 at 2:00 p.m. Colloquy re: status of counsel. Court accepts Attorney Foley's appearance for Defendant and allows Attorney O'Brien's renewed motion to withdraw appearance, successor counsel having now filed his appearance. (Attorneys present: Breslow, O'Brien, Foley. )Court Reporter Name and Contact or digital recording information: Digital Recording. (Healy, Bethaney) (Entered: 04/23/2010) |
| 05/03/2010 | | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman: Counsel and Defendant appear for Arraignment as to Mani Batchu (1) Count 1,2–4,5,6–7,8 held on 5/3/2010. Defendant pleads not guilty to charges. Schedule established with order to issue. (Attorneys present: Breslow, Foley. )Court Reporter Name and Contact or digital recording information: Digital Recording. (Healy, Bethaney) (Entered: 05/04/2010) |
| 05/04/2010 | 29 | | Magistrate Judge Kenneth P. Neiman: SCHEDULING ORDER as to Mani Batchu ENTERED, cc:cl. Status Conference set for 6/9/2010 at 2:00 PM in Hampshire Courtroom before Magistrate Judge Kenneth P. Neiman. See order for further details. (Healy, Bethaney) (Entered: 05/04/2010) |
| 06/07/2010 | 30 | | NOTICE re automatic disclosure pursuant to Local Rule 116.1 (dated 5/3/10) as to Mani Batchu. (Healy, Bethaney) (Entered: 06/07/2010) |
| 06/08/2010 | 31 | | STATUS REPORT *(Joint)* by USA as to Mani Batchu (Breslow, Steven) (Entered: 06/08/2010) |
| 06/09/2010 | | | |

| | | | |
|---|---|---|---|
| | | | Attorney update in case as to Mani Batchu. Attorney Francis T. O'Brien, Jr terminated. (Healy, Bethaney) (Entered: 06/10/2010) |
| 06/09/2010 | | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman: Counsel appear for Initial Status Conference as to Mani Batchu held on 6/9/2010. Colloquy re: status of case. Scheduling Order and Status Report to issue. Parties assert – and the court agrees – that, as of 7/9/10, no time will have run on the speedy trial clock. A separate order shall issue. (Attorneys present: Breslow, Foley. )Court Reporter Name and Contact or digital recording information: Digital Recording. (Healy, Bethaney) (Entered: 06/10/2010) |
| 06/09/2010 | 32 | | Magistrate Judge Kenneth P. Neiman: SCHEDULING ORDER as to Mani Batchu ENTERED, cc:cl. Final Status Conference set for 7/9/2010 at 2:00 PM in Hampshire Courtroom before Magistrate Judge Kenneth P. Neiman; joint memo by 7/8/10. (Healy, Bethaney) (Entered: 06/10/2010) |
| 06/10/2010 | 33 | | Magistrate Judge Kenneth P. Neiman: STATUS REPORT as to Mani Batchu ISSUED, cc:cl. (Healy, Bethaney) (Entered: 06/10/2010) |
| 06/10/2010 | 34 | | Magistrate Judge Kenneth P. Neiman: ORDER ON EXCLUDABLE DELAY as to Mani Batchu ENTERED, cc:cl. Time excluded from May 3, 2010 until July 9, 2010. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Healy, Bethaney) (Entered: 06/10/2010) |
| 06/10/2010 | | | ELECTRONIC NOTICE OF RESCHEDULING as to Mani Batchu ISSUED, cc:cl. Status Conference moved to 7/9/2010 at 2:30 PM in Hampshire Courtroom before Magistrate Judge Kenneth P. Neiman. Please note change in time only.(Healy, Bethaney) (Entered: 06/10/2010) |
| 06/10/2010 | 35 | | STATUS REPORT *(Joint)* by USA as to Mani Batchu (Breslow, Steven) (Entered: 06/10/2010) |
| 06/23/2010 | | | Magistrate Judge Kenneth P. Neiman: ELECTRONIC ORDER entered granting 36 Government's Motion to Seal Document. So ordered. (Neiman, Kenneth) (Entered: 06/23/2010) |
| 07/09/2010 | 38 | | STATUS REPORT *(Joint)* by USA as to Mani Batchu (Breslow, Steven) (Entered: 07/09/2010) |
| 07/09/2010 | | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman: Counsel appear for Status Conference as to Mani Batchu held on 7/9/2010. Parties requesting a further conference be set for September, 2010. Matter set for further status conference on 9/15/10 at 2:00 p.m., with joint memorandum due by 9/14/10. Parties assert that time should be excluded through the next conference. The court agrees and excludes time from Speedy Trial calculation from 7/9/10–9/15/10. Orders and status report to issue. (Attorneys present: Breslow, Foley. )Court Reporter Name and Contact or digital recording information: Digital Recording. (Healy, Bethaney) (Entered: 07/09/2010) |
| 07/09/2010 | 39 | | Magistrate Judge Kenneth P. Neiman: SCHEDULING ORDER as to Mani Batchu ENTERED, cc:cl. Status Conference set for 9/15/2010 at 2:00 PM in Hampshire Courtroom before Magistrate Judge Kenneth P. Neiman; joint memorandum set for 9/14/10. (Healy, Bethaney) (Entered: 07/09/2010) |

| 07/09/2010 | 40 | Magistrate Judge Kenneth P. Neiman: INTERIM STATUS REPORT as to Mani Batchu, cc:cl. (Healy, Bethaney) (Entered: 07/09/2010) |
|---|---|---|
| 07/09/2010 | 41 | Magistrate Judge Kenneth P. Neiman: ORDER ON EXCLUDABLE DELAY as to Mani Batchu ENTERED, cc:cl. Time excluded from July 9, 2010 until September 15, 2010. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Healy, Bethaney) (Entered: 07/09/2010) |
| 07/14/2010 | 42 | MOTION for Excludable Delay from 07/09/10 to 09/15/10 *(Joint)* as to Mani Batchu by USA. (Breslow, Steven) (Entered: 07/14/2010) |
| 07/15/2010 | | Magistrate Judge Kenneth P. Neiman: ELECTRONIC ORDER entered granting 42 Motion for Excludable Delay as to Mani Batchu (1), cc:cl. Allowed. The court has excluded the time as requested (See Order on Excludable Delay dated 07/09/10, Doc. No. 41). (Healy, Bethaney) (Entered: 07/15/2010) |
| 08/19/2010 | | ELECTRONIC NOTICE OF RESCHEDULING as to Mani Batchu ISSUED, cc:cl. Status Conference moved to 9/15/2010 at 3:30 PM in Hampshire Courtroom before Magistrate Judge Kenneth P. Neiman. Please note change in time only. (Healy, Bethaney) (Entered: 08/19/2010) |
| 09/14/2010 | | ELECTRONIC NOTICE OF RESCHEDULING as to Mani Batchu ISSUED, cc:cl. Status Conference moved to 9/14/2010 at 4:00 PM in Hampshire Courtroom before Magistrate Judge Kenneth P. Neiman. PLEASE NOTE CHANGE IN TIME ONLY.(Healy, Bethaney) (Entered: 09/14/2010) |
| 09/14/2010 | 43 | STATUS REPORT by USA as to Mani Batchu (Breslow, Steven) (Entered: 09/14/2010) |
| 09/15/2010 | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman: Counsel appear for Interim Status Conference as to Mani Batchu held on 9/15/2010. Colloquy re: status of case. Order and Status Report to issue. (Attorneys present: Breslow, Foley. )Court Reporter Name and Contact or digital recording information: Digital Recording. (Healy, Bethaney) (Entered: 09/17/2010) |
| 09/17/2010 | 44 | Joint MOTION for Excludable Delay from 09/15/10 to 10/15/10 as to Mani Batchu by USA. (Attachments: # 1 Text of Proposed Order Proposed Order of Excludable Delay)(Breslow, Steven) (Entered: 09/17/2010) |
| 09/17/2010 | | Magistrate Judge Kenneth P. Neiman: ELECTRONIC ORDER entered granting 44 Motion for Excludable Delay from 09/15/10 to 10/15/10 as to Mani Batchu (1), cc:cl. The court finds that the ends of justice outweigh the usual interest in a speedy trial and orders time excluded from 9/15/10 through 10/15/10. A separate order shall issue. (Healy, Bethaney) (Entered: 09/17/2010) |
| 09/17/2010 | 45 | Magistrate Judge Kenneth P. Neiman: ORDER ON EXCLUDABLE DELAY as to Mani Batchu, ENTERED, cc:cl. Time excluded from September 15, 2010 until October 15, 2010. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Healy, Bethaney) (Entered: 09/17/2010) |
| 09/20/2010 | 46 | Magistrate Judge Kenneth P. Neiman: STATUS REPORT as to Mani Batchu ISSUED, cc:cl. (Healy, Bethaney) (Entered: 09/20/2010) |

| 09/20/2010 | 47 | | Magistrate Judge Kenneth P. Neiman: SCHEDULING ORDER as to Mani Batchu ENTERED, cc:cl. Status Conference set for 10/15/2010 at 2:30 PM in Hampshire Courtroom before Magistrate Judge Kenneth P. Neiman; joint memo by 10/14/10. (Healy, Bethaney) (Entered: 09/20/2010) |
| --- | --- | --- | --- |
| 10/14/2010 | 48 | | STATUS REPORT *(Joint and Final)* by USA as to Mani Batchu (Breslow, Steven) (Entered: 10/14/2010) |
| 10/15/2010 | | | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman: Final Status Conference as to Mani Batchu held on 10/15/2010. Colloquy re: status of case. Final Status Report to issue. Pretrial conference set before District Judge Michael A. Ponsor on 12/8/10. See status report for further information and schedule. (Attorneys present: Breslow, Foley. )Court Reporter Name and Contact or digital recording information: Digital Recording. (Healy, Bethaney) (Entered: 10/15/2010) |
| 10/27/2010 | 49 | | Joint MOTION for Excludable Delay from 10/15/2010 to 12/08/2010 as to Mani Batchu by USA. (Attachments: # 1 Exhibit Proposed Order of Excludable Delay)(Breslow, Steven) (Entered: 10/27/2010) |
| 10/28/2010 | | | Magistrate Judge Kenneth P. Neiman: ELECTRONIC ORDER entered granting 49 Joint Motion for Excludable Delay. Order to issue. (Neiman, Kenneth) (Entered: 10/28/2010) |
| 10/28/2010 | 50 | | Magistrate Judge Kenneth P. Neiman: FINAL STATUS REPORT as to Mani Batchu ISSUED, cc:cl. D's motions to suppress due by 11/5/10, with G's response by 11/24/10; Pretrial Conference set for 12/8/2010 at 3:30 PM in Hampden Courtroom before Judge Michael A Ponsor. (Healy, Bethaney) (Entered: 10/28/2010) |
| 10/28/2010 | | | Set/Reset Deadlines as to Mani Batchu: D's Motions to Suppress due by 11/5/2010; G's Responses due by 11/24/2010. (Healy, Bethaney) (Entered: 10/28/2010) |
| 10/28/2010 | 51 | | Magistrate Judge Kenneth P. Neiman: ORDER ON EXCLUDABLE DELAY as to Mani Batchu, ENTERED, cc:cl. Time excluded from October 15, 2010 until December 8, 2010. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice and 3161(h)(7)(B)(iv). (Healy, Bethaney) (Entered: 10/28/2010) |
| 11/23/2010 | 52 | | Assented to MOTION to permit paper filing of motions as to Mani Batchu. (Lindsay, Maurice) (Entered: 11/24/2010) |
| 11/23/2010 | 53 | | Assented to MOTION for Extension of Time to 11/23/10 to File Motions to Suppress as to Mani Batchu. (Attachments: # 1 Motion to Suppress, # 2 Memo in Support, # 3 Affidavit, # 4 Motion to Suppress II, # 5 Memo in Support II)(Lindsay, Maurice) (Entered: 11/24/2010) |
| 11/23/2010 | 54 | | MOTION to Suppress as to Mani Batchu. (Lindsay, Maurice) (Entered: 11/24/2010) |
| 11/23/2010 | 55 | | MEMORANDUM in Support of 54 MOTION to Suppress by Mani Batchu (Attachments: # 1 Affidavit in Support)(Lindsay, Maurice) (Entered: 11/24/2010) |
| 11/23/2010 | 56 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Suppress II as to Mani Batchu. (Lindsay, Maurice) (Entered: 11/24/2010) |
| 11/23/2010 | 57 | | MEMORANDUM in Support of 56 MOTION to Suppress II by Mani Batchu (Lindsay, Maurice) (Entered: 11/24/2010) |
| 11/24/2010 | | | Judge update in case as to Mani Batchu. Magistrate Judge Kenneth P. Neiman no longer referred on case. (Pelegano, Theresa) (Entered: 11/24/2010) |
| 11/29/2010 | | | Judge Michael A Ponsor: ELECTRONIC ORDER entered granting 52 Motion Permit Paper Filing Of Motions as to Mani Batchu (1). As to these motions only, Counsel must in future use the court's ECF system. (Pelegano, Theresa) (Entered: 11/29/2010) |
| 11/29/2010 | | | Magistrate Judge Kenneth P. Neiman: ELECTRONIC ORDER entered granting 53 Defendant's assented–to Motion for Extension of Time to November 23, 2010, to File Motions to Suppress. The Government shall have until December 13, 2010, to respond. So ordered. (Neiman, Kenneth) (Entered: 11/29/2010) |
| 12/13/2010 | 58 | | Judge Michael A Ponsor: ORDER entered as to Mani Batchu. See attached. (Pelegano, Theresa) (Entered: 12/13/2010) |
| 12/13/2010 | 59 | | MOTION for Leave to File Excess Pages as to Mani Batchu by USA. (Breslow, Steven) (Stuckenbruck, John). (Entered: 12/13/2010) |
| 12/13/2010 | 60 | | MEMORANDUM in Opposition by USA as to Mani Batchu re 56 MOTION to Suppress, 54 MOTION to Suppress (Breslow, Steven) (Stuckenbruck, John). (Stuckenbruck, John). (Entered: 12/13/2010) |
| 12/13/2010 | | | Judge Michael A Ponsor: ELECTRONIC ORDER entered granting 59 Motion for Leave to File Excess Pages ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. as to Mani Batchu (1) (Pelegano, Theresa) (Entered: 12/14/2010) |
| 12/22/2010 | 61 | | AFFIDAVIT of Richard N. Foley by Mani Batchu (Foley, Richard) (Entered: 12/22/2010) |
| 12/29/2010 | | | ELECTRONIC NOTICE OF HEARING ON MOTION as to Mani Batchu 54 MOTION to Suppress, 56 MOTION to Suppress :(oral argument only) and status conference Motion Hearing set for 1/31/2011 10:00 AM in Hampden Courtroom before Judge Michael A Ponsor. (Pelegano, Theresa) (Entered: 12/29/2010) |
| 01/26/2011 | 62 | | Supplemental Verified AFFIDAVIT of Mani Batchu, by Mani Batchu (Lindsay, Maurice) Modified on 1/26/2011 (Stuckenbruck, John). Document sealed by court due to victim information in affidavit. (Entered: 01/26/2011) |
| 01/30/2011 | 64 | | REDACTION byMani Batchu (Foley, Richard) (Entered: 01/30/2011) |
| 01/31/2011 | 65 | | EXHIBIT/WITNESS LIST by USA as to Mani Batchu (Breslow, Steven) (Entered: 01/31/2011) |
| 01/31/2011 | | | ELECTRONIC Clerk's Notes for proceedings held before Judge Michael A Ponsor: Status Conference as to Mani Batchu held on 1/31/2011, ( Jury Trial |

| | | | |
|---|---|---|---|
| | | | set for 4/4/2011 09:00 AM in Hampden Courtroom before Judge Michael A Ponsor., Hearing set for Motion to Supress 2/24/2011 and 2/25/11 09:30 AM in Hampden Courtroom before Judge Michael A Ponsor.) (Attorneys present: Foley, Breslow. )Court Reporter: Alice Moran at 413–731–0086. (Pelegano, Theresa) (Entered: 01/31/2011) |
| 02/07/2011 | 66 | | NOTICE OF ATTORNEY APPEARANCE Alexandra R. Gelber appearing for USA. (Gelber, Alexandra) (Entered: 02/07/2011) |
| 02/23/2011 | 67 | | MOTION to Dismiss *Counts Seven And Eight* as to Mani Batchu by USA. (Breslow, Steven) (Entered: 02/23/2011) |
| 02/24/2011 | | | ELECTRONIC Clerk's Notes for proceedings held before Judge Michael A. Ponsor:Motion Hearing as to Mani Batchu held on 2/24/2011 re 56 MOTION to Suppress filed by Mani Batchu, 54 MOTION to Suppress filed by Mani Batchu. Testimony of Chicago PD officers O'Leary and Burke completed. Hearing to resume on 2/25/11 at 9:30 a.m. (Attorneys present: Breslow, Foley. )Court Reporter : Sarah Mubarek (Pelegano, Theresa) (Entered: 02/24/2011) |
| 02/25/2011 | | | ELECTRONIC Clerk's Notes for proceedings held before Judge Michael A. Ponsor:Motion Hearing as to Mani Batchu held on 2/25/2011 re: 56 MOTION to Suppress filed by Mani Batchu, 54 MOTION to Suppress filed by Mani Batchu. Govt.'s evidence continues. Andrew Litowitz(witness) Govt. rests. Deft. rests. Arguments of counsel. Further memorandums due by 3/25/2011. Court will then take motions under advisement.(Attorneys present: Breslow, Foley. )Court Reporter Name and Contact information: (Sara Mubarek, Philbin & Associates, 413–733–4078) (Stuckenbruck, John) Modified on 2/25/2011 to add court reporter information(Stuckenbruck, John) (Entered: 02/25/2011) |
| 03/09/2011 | 69 | | Transcript of Motion Hearing as to Mani Batchu held on February 24, 2011, before Judge Michael A. Ponsor. Court Reporter Name and Contact Information: Sarah Mubarek. The Transcript may be purchased through Sarah Mubarek at sarahmubarek@comcast.net, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 3/30/2011. Redacted Transcript Deadline set for 4/11/2011. Release of Transcript Restriction set for 6/7/2011. (Scalfani, Deborah) Modified on 3/9/2011 (Scalfani, Deborah). (Entered: 03/09/2011) |
| 03/09/2011 | 70 | | Transcript of Motion Hearing as to Mani Batchu held on February 25, 2011, before Judge Michael A. Ponsor. Court Reporter Name and Contact Information: Sarah Mubarek. The Transcript may be purchased through Sarah Mubarek at sarahmubarek@comcast.net, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 3/30/2011. Redacted Transcript Deadline set for 4/11/2011. Release of Transcript Restriction set for 6/7/2011. (Scalfani, Deborah) Modified on 3/9/2011 (Scalfani, Deborah). (Entered: 03/09/2011) |
| 03/09/2011 | 71 | | NOTICE is hereby given that an official transcript of a proceeding as to Mani Batchu has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, a copy of which is attached to this entry. (Scalfani, Deborah) (Entered: 03/09/2011) |
| 03/25/2011 | 72 | | Supplemental MEMORANDUM in Opposition by USA as to Mani Batchu re 54 MOTION to Suppress (Breslow, Steven) (Main Document 72 replaced on |

| | | | |
|---|---|---|---|
| | | | 3/28/2011) (Pelegano, Theresa). (Entered: 03/25/2011) |
| 03/27/2011 | 73 | | PRETRIAL MEMORANDUM by USA as to Mani Batchu (Attachments: # 1 Exhibit (Article, Probation Officers Debrief Jurors After Child Pornography Trials)(Breslow, Steven) (Entered: 03/27/2011) |
| 03/27/2011 | 74 | | MOTION in Limine *To Bar Evidence of Victim's Consent* as to Mani Batchu by USA. (Breslow, Steven) (Entered: 03/27/2011) |
| 03/27/2011 | 75 | | MOTION in Limine *To Bar Evidence of Victim's Past Sexual Conduct* as to Mani Batchu by USA. (Breslow, Steven) (Entered: 03/27/2011) |
| 03/27/2011 | 76 | | MOTION in Limine *To Admit Summary Charts* as to Mani Batchu by USA. (Breslow, Steven) (Entered: 03/27/2011) |
| 03/28/2011 | 77 | | Joint MOTION Hold A Status Conference on April 4, 2011 and Continue The Trial Until May 2, 2011 as to Mani Batchu by USA. (Breslow, Steven) (Entered: 03/28/2011) |
| 03/30/2011 | | | ELECTRONIC NOTICE OF HEARING as to Mani Batchu Status Conference set for 4/4/2011 02:00 PM in Hampden Courtroom before Judge Michael A. Ponsor. (Pelegano, Theresa) (Entered: 03/30/2011) |
| 03/31/2011 | | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered denying without prejudice, 54 Motion to Suppress as to Mani Batchu (1), in light of the defendant's intention to plead guilty. (Pelegano, Theresa) (Entered: 03/31/2011) |
| 03/31/2011 | | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 63 Motion to Seal as to Mani Batchu (1); granting 67 Motion to Dismiss counts 7 and 8 as to Mani Batchu (1); denying as moot 74 Motion in Limine as to Mani Batchu (1); denying as moot 75 Motion in Limine as to Mani Batchu (1); denying as moot 76 Motion in Limine as to Mani Batchu (1); granting 77 Motion for Status conference as to Mani Batchu (1). The status conference has been set for 4/4/11 at 2 p.m. (Pelegano, Theresa) (Entered: 03/31/2011) |
| 04/04/2011 | | | Terminate Deadlines and Hearings as to Mani Batchu: Jury trial date (Pelegano, Theresa) (Entered: 04/04/2011) |
| 04/04/2011 | 78 | | NOTICE OF ATTORNEY APPEARANCE Anitha S. Ibrahim appearing for USA. (Ibrahim, Anitha) (Entered: 04/04/2011) |
| 04/04/2011 | | | ELECTRONIC Clerk's Notes for proceedings held before Judge Michael A. Ponsor: Status Conference as to Mani Batchu held on 4/4/2011, ( Rule 11 Hearing set for 5/9/2011 02:00 PM in Hampden Courtroom before Judge Michael A. Ponsor.) (Attorneys present: Breslow, Foley. )Court Reporter : Alice Moran at 413–731–0086. (Pelegano, Theresa) (Entered: 04/04/2011) |
| 05/07/2011 | 79 | | PLEA AGREEMENT as to Mani Batchu (Breslow, Steven) (Entered: 05/07/2011) |
| 05/07/2011 | 80 | | Joint MOTION for Excludable Delay from 03/28/11 to 05/09/11 as to Mani Batchu by USA. (Attachments: # 1 Text of Proposed Order Proposed Order Of Excludable Delay)(Breslow, Steven) (Entered: 05/07/2011) |
| 05/09/2011 | | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered denying 56 Motion to Suppress as to Mani Batchu (1). Granting 80 Motion to Exclude as to Mani |

| | | | |
|---|---|---|---|
| | | | Batchu (1). Order to issue as to motion to exclude. (Pelegano, Theresa) (Entered: 05/09/2011) |
| 05/09/2011 | | | ELECTRONIC Clerk's Notes for proceedings held before Judge Michael A. Ponsor:Rule 11 Hearing as to Mani Batchu held on 5/9/2011, Plea entered by Mani Batchu (1) Guilty Count 1,2–4,5. Sentencing set for 10/5/2011 at 2:00 p.m. (Attorneys present: Brelow, Foley. )Court Reporter Name and Contact or digital recording information: Sarah Mubarek (Pelegano, Theresa) (Entered: 05/09/2011) |
| 05/09/2011 | 81 | | Judge Michael A. Ponsor: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Mani Batchu Sentencing set for 10/5/2011 02:00 PM in Hampden Courtroom before Judge Michael A. Ponsor. (Pelegano, Theresa) (Entered: 05/09/2011) |
| 05/09/2011 | 82 | | Judge Michael A. Ponsor: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Mani Batchu. Time excluded from 3/28/2011 until 5/9/2011. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Pelegano, Theresa) (Entered: 05/10/2011) |
| 09/02/2011 | 83 | | Assented to MOTION to Continue to 11/18/11 to Hold Sentencing as to Mani Batchu by USA. (Breslow, Steven) (Entered: 09/02/2011) |
| 09/07/2011 | | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 83 Motion to Continue as to Mani Batchu (1) Sentencing set for 11/28/2011 02:00 PM in Hampden Courtroom before Judge Michael A. Ponsor. ( The hearing for 10/5/11 has been rescheduled) (Pelegano, Theresa) (Entered: 09/07/2011) |
| 09/07/2011 | | | ELECTRONIC NOTICE OF RESCHEDULING as to Mani Batchu Sentencing set for 11/18/2011 11:00 AM in Hampden Courtroom before Judge Michael A. Ponsor. (Pelegano, Theresa) (Entered: 09/07/2011) |
| 11/01/2011 | 84 | | MOTION to Continue as to Mani Batchu. (Foley, Richard) (Entered: 11/01/2011) |
| 11/07/2011 | | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered denying 84 Motion to Continue as to Mani Batchu (1). Defendant has waited too long to arrange for the evaluation. (Pelegano, Theresa) (Entered: 11/07/2011) |
| 11/08/2011 | 85 | | MOTION for Forfeiture of Property as to Mani Batchu by USA. (Attachments: # 1 Preliminary Order of Forfeiture)(Lei, Veronica) (Entered: 11/08/2011) |
| 11/13/2011 | 86 | | MOTION for Reconsideration as to Mani Batchu. (Foley, Richard) (Entered: 11/13/2011) |
| 11/14/2011 | | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered denying 86 Motion for Reconsideration re 84 MOTION to Continue filed by Mani Batchu as to Mani Batchu (1), for the reason previously stated. Defendant may of course submit copies of existing medical records as part of his sentencing memorandum. (Pelegano, Theresa) (Entered: 11/14/2011) |
| 11/17/2011 | | | ELECTRONIC NOTICE OF RESCHEDULING (TIME CHANGE) as to Mani Batchu Sentencing set for 11/18/2011 12:00 PM in Hampden Courtroom before Judge Michael A. Ponsor. (Pelegano, Theresa) (Entered: 11/17/2011) |
| 11/17/2011 | 87 | | |

| | | | |
|---|---|---|---|
| | | | SENTENCING MEMORANDUM by USA as to Mani Batchu (Breslow, Steven) (Entered: 11/17/2011) |
| 11/17/2011 | | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting <u>85</u> Motion for Forfeiture of Property as to Mani Batchu (1) (Pelegano, Theresa) (Entered: 11/17/2011) |
| 11/17/2011 | <u>88</u> | | Judge Michael A. Ponsor: ORDER entered. as to Mani Batchu re Order on Motion for Forfeiture of Property (Pelegano, Theresa) (Entered: 11/17/2011) |
| 11/18/2011 | <u>89</u> | | SENTENCING MEMORANDUM by Mani Batchu filed. (Finn, Mary) (Entered: 11/18/2011) |
| 11/18/2011 | <u>90</u> | | CORRECTED SENTENCING MEMORANDUM by USA as to Mani Batchu. (Stuckenbruck, John) (Entered: 11/18/2011) |
| 11/18/2011 | | | ELECTRONIC Clerk's Notes for proceedings held before Judge Michael A. Ponsor:Sentencing held on 11/18/2011 as to Mani Batchu counts 1,2–4, and 5, 365 months imprisonment to run concurrently. 360 months supervised release.Special assessment fee of $500 to be paid immediately. Restitution in the amount of $2,500,000. Forfeiture of the following: (1) one Apple MacBook Pro with serial number W8734MNOZ5W; (2) one Apple MacBook Pro bearing serial number W8928JY566D; (3) one black SanDisk Cruzer Micro 2.0 GB flash USB memorydrive bearing number BE06063BB; (4) one silver Casio Exilim 3.2 MP digital camera bearing serial number 1280444A; and(5) one silver 2002 Lexus IS 300, bearing Vehicle Identification Number JTHBD192820035037 and Illinois RegistrationNumber VBATCHU. Count(s) 6, 7, 8, Dismissed by government motion. See written Judgment to be issued for further conditions. (Attorneys present: Breslow, Foley. )Court Reporter Name and Contact or digital recording information: Alice Moran at 413–731–0086. (Pelegano, Theresa) (Entered: 11/30/2011) |
| 11/30/2011 | <u>91</u> | | Judge Michael A. Ponsor: ORDER entered. JUDGMENT as to Mani Batchu (1), Count(s) 1, 2–4 and 5, 365 months imprisonment to run concurrently. 360 months supervised release. Special assessment fee of $500 to be paid immediately. Restitution in the amount of $2,500,000. Forfeiture of the following: (1) one Apple MacBook Pro with serial number W8734MNOZ5W; (2) one Apple MacBook Pro bearing serial number W8928JY566D; (3) one black SanDisk Cruzer Micro 2.0 GB flash USB memory drive bearing number BE06063BB; (4) one silver Casio Exilim 3.2 MP digital camera bearing serial number 1280444A; and (5) one silver 2002 Lexus IS 300, bearing Vehicle Identification Number JTHBD192820035037 and Illinois Registration Number VBATCHU.; Count(s) 6, 7, 8, Dismissed by government motion (Pelegano, Theresa) (Entered: 11/30/2011) |
| 11/30/2011 | <u>92</u> | | NOTICE OF APPEAL by Mani Batchu re <u>91</u> Judgment,,,, NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at <u>http://www.ca1.uscourts.gov</u> MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at <u>http://pacer.psc.uscourts.gov/cmecf</u>. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at <u>http://www.ca1.uscourts.gov/efiling.htm</u>. US District Court Clerk to deliver official record to Court of Appeals by** |

| | | | |
|---|---|---|---|
| | | | 12/20/2011. (Finn, Mary) (Entered: 11/30/2011) |
| 11/30/2011 | 93 | | Certified and Transmitted Abbreviated Electronic Record on Appeal as to Mani Batchu to US Court of Appeals re 92 Notice of Appeal – Final Judgment, (Ramos, Jeanette) (Entered: 11/30/2011) |
| 11/30/2011 | | | USCA Case Number as to Mani Batchu 11–2414 for 92 Notice of Appeal – Final Judgment,. (Ramos, Jeanette) (Entered: 11/30/2011) |
| 12/01/2011 | 94 | | Transmitted Supplemental Record on Appeal as to Mani Batchu re 92 Notice of Appeal – Final Judgment,,, Documents included: 12, 14, 24, 25, 26, 28, 36, 37, 63, 68 and endos. 4/22 & 6/28 2010 (Finn, Mary) (Entered: 12/01/2011) |
| 12/20/2011 | 97 | | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. Richard N. Foley,, Esquire, 55 Market Street, Portsmouth, NH 03801 served. Delivered on 12/9/2011. (Finn, Mary) Modified on 12/20/2011 to correct the text to reflect the document that is being filed. (Finn, Mary). (Entered: 12/20/2011) |
| 12/27/2011 | 98 | | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. Francis T. O'Brien, Jr., Esquire, 169 State Street, 8th Floor, Boston, mA 02109. served, delivered on Returned unexecuted – 12/20/2011. (Finn, Mary) (Entered: 12/27/2011) |
| 12/28/2011 | 99 | | Transcript of Sentencing as to Mani Batchu held on 11/18/11, before Judge Michael A. Ponsor. COA Case No. 11–2414. Court Reporter Name and Contact Information: Alice Moran at 413–731–0086 The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 1/18/2012. Redacted Transcript Deadline set for 1/30/2012. Release of Transcript Restriction set for 3/27/2012. (Folan, Karen) (Entered: 12/28/2011) |
| 12/28/2011 | | | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general–info.htm (Folan, Karen) (Entered: 12/28/2011) |
| 01/04/2012 | 100 | | MOTION for Leave to Proceed In Forma Pauperis as to Mani Batchu. (Attachments: # 1 Affidavit of support)(Lindsay, Maurice) (Entered: 01/05/2012) |
| 01/05/2012 | 0 | | Judge Michael A. Ponsor: ENDORSED ORDER entered granting 100 Motion to Proceed In Forma Pauperis as to Mani Batchu (1). ALLOWED. (Lindsay, Maurice) Modified on 1/6/2012 (Stuckenbruck, John). (Entered: 01/05/2012) |
| 02/13/2012 | 101 | | USM Marshals Service Process Receipt and Return for Preliminary Order of Forfeiture. One Apple MacBook Pro latop computer, serial number W8734MNQZ5W, One Apple Macbook Pro latop computer, bearing serial number W8928JY566D, One SanDisk Cruzer Micro 2.0GB flash USB memory drive, bearing serial number BE06063BB and one silver Casio Exilim 3.2MP digital camera, bearing serial number 1280444A served. Delivered on 2/10/2012. Not in USMS custody. (Finn, Mary) Modified on 2/13/2012 to correct the text and to add not in USMS custody to the text. (Finn, Mary). (Entered: 02/13/2012) |

| 04/02/2012 | 102 | | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. Mani Batchu served, delivered on 2/24/12. (Lindsay, Maurice) (Entered: 04/02/2012) |
| 05/01/2012 | 103 | | Transcript of Plea Hearing as to Mani Batchu held on May 9, 2011, before Judge Michael A. Ponsor. COA Case No. 11–2414. Court Reporter Name and Contact Information: Sarah Mubarek at sarahmubarek@comcast.net. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 5/22/2012. Redacted Transcript Deadline set for 6/1/2012. Release of Transcript Restriction set for 7/30/2012. (Scalfani, Deborah) (Entered: 05/01/2012) |
| 05/01/2012 | | | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general–info.htm (Scalfani, Deborah) (Entered: 05/01/2012) |
| 05/07/2012 | 104 | | Service by Publication as to Mani Batchu. (Lei, Veronica) (Entered: 05/07/2012) |
| 08/16/2012 | 105 | | MOTION for Forfeiture of Property as to Mani Batchu by USA. (Attachments: # 1 Final Order of Forfeiture)(Lei, Veronica) (Entered: 08/16/2012) |
| 09/10/2012 | 106 | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 105 Motion for Forfeiture of Property as to Mani Batchu (1) (Pelegano, Theresa) (Entered: 09/10/2012) |
| 09/10/2012 | 107 | | Judge Michael A. Ponsor: ORDER entered as to Mani Batchu re 105 MOTION for Forfeiture of Property filed by USA (Pelegano, Theresa) (Entered: 09/10/2012) |
| 09/13/2012 | 108 | | MOTION to Unseal Document as to Mani Batchu by USA. (Breslow, Steven) (Entered: 09/13/2012) |
| 09/14/2012 | 109 | | Judge Michael A. Ponsor: ENDORSED ORDER entered granting 108 Motion to Unseal Document Sentencing Letter as to Mani Batchu (1). (Finn, Mary) (Entered: 09/14/2012) |
| 11/08/2012 | 111 | | Assented to MOTION to Seal Document *(3 CDs containing child pornography)* as to Mani Batchu by USA. (Breslow, Steven) (Entered: 11/08/2012) |
| 11/26/2012 | 113 | | Transmitted Supplemental Record on Appeal as to Mani Batchu re 92 Notice of Appeal – Final Judgment,,, Documents included: 8, 12. 14, 19, 24–26, 28, 36, 37, 62, 63, 68, 95, 96, 100, 110 & 112. (Finn, Mary) (Entered: 11/26/2012) |
| 12/05/2012 | 115 | | Transmitted Supplemental Record on Appeal as to Mani Batchu re 92 Notice of Appeal – Final Judgment. Documents included: #114 and three sealed discs. (Finn, Mary) (Entered: 12/05/2012) |
| 12/18/2012 | 116 | | US Marshal Process Receipt and Return for Final Order of Forfeiture. one Apple MacBook Pro laptop computer bearing serial number W8928JY566D and others (see attached for details) served, delivered on 11/20/12. (Lindsay, Maurice) (Entered: 12/18/2012) |

| 07/18/2013 | 118 | OPINION of USCA as to Mani Batchu re 92 Notice of Appeal – Final Judgment. AFFIRMED... (Paine, Matthew) (Entered: 07/19/2013) |
| 07/18/2013 | 119 | JUDGMENT of USCA (certified copy) as to Mani Batchu re 92 Notice of Appeal – Final Judgment. The judgment of the district court is affirmed. (Paine, Matthew) (Entered: 07/19/2013) |
| 08/09/2013 | 120 | MANDATE of USCA (certified copy) as to Mani Batchu re Appeal number 92 . Appeal number 92 Terminated (Paine, Matthew) (Entered: 08/12/2013) |
| 10/16/2013 | 121 | Case Appealed to Supreme Court of the United States, Case Number 13–6914 as to Mani Batchu. (Paine, Matthew) (Entered: 10/21/2013) |
| 11/18/2013 | 122 | Order entered from the U.S. Supreme Court. The Petition for a Writ of Certiorari is Denied as to Mani Batchu. (Paine, Matthew) (Entered: 12/03/2013) |
| 08/18/2014 | 125 | US Marshal Process Receipt and Return for Final Order of Forfeiture. One Apple MacBook Pro laptop computer served, delivered on 8/12/14. (Lindsay, Maurice) (Entered: 08/18/2014) |
| 11/21/2014 | 126 | MOTION to Vacate under 28 U.S.C. 2255 as to Mani Batchu. (Attachments: # 1 Exhibit A – C)(Finn, Mary)<br>Civil case 3:14–cv–30203 opened. (Entered: 11/21/2014) |
| 11/21/2014 | 127 | Blank cover and category sheets forwarded to Mani Batchu to be completed and returned. (Finn, Mary) (Entered: 11/21/2014) |
| 11/21/2014 | 128 | Judge Michael A. Ponsor: ORDER entered. SERVICE ORDER re 2255 Motion. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 21 days of receipt of this order; cc/Deft. (Finn, Mary) (Entered: 11/21/2014) |
| 12/17/2014 | 129 | Opposition by USA as to Mani Batchu re 126 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Text of Proposed Order)(Breslow, Steven) (Entered: 12/17/2014) |
| 02/03/2015 | 130 | MOTION for Extension of Time to 2/26/15 to File his Supplement to his 2255 Motion as to Mani Batchu. (Lindsay, Maurice) (Entered: 02/03/2015) |
| 02/04/2015 | 131 | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 130 Motion for Extension of Time until February 26, 2015 for Petitioner to file supplement to his 2255 Petition as to Mani Batchu (1). (Healy, Bethaney) (Entered: 02/04/2015) |
| 03/06/2015 | 132 | SUPPLEMENTAL PETITION For Relief Under 28 U.S.C 2255 by Mani Batchu re his 126 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Exhibits, # 2 Cover Letter)(Lindsay, Maurice) (Entered: 03/06/2015) |
| 05/06/2015 | 133 | AFFIDAVIT of Richard N. Foley by Mani Batchu (Foley, Richard) (Entered: 05/06/2015) |
| 05/11/2015 | 134 | EXHIBITS A – H in support of 133 Affidavit filed by Mani Batchu by Mani Batchu (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit H) (Finn, Mary) (Entered: 05/11/2015) |

| 05/28/2015 | 135 | | Judge Michael A. Ponsor: ORDER re: Further Scheduling as to 132 Petitioner's Supplemental Petition filed by Mani Batchu, ENTERED. Government's response due by 6/26/15. (Healy, Bethaney) (Entered: 05/28/2015) |
|---|---|---|---|
| 06/05/2015 | 136 | | Copy re 135 Scheduling Order, mailed to Mani Batchu on 6/5/15. (Lindsay, Maurice) (Entered: 06/05/2015) |
| 07/08/2015 | 137 | | MOTION to Continue to September 18, 2015 to Oppose Defendant's Section 2255 Motion as to Mani Batchu by USA. (Breslow, Steven) (Entered: 07/08/2015) |
| 07/23/2015 | 138 | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 137 Motion to Continue deadline to oppose section 2255 motion until 9/18/15 as to Mani Batchu (1). ALLOWED without opposition. (Lindsay, Maurice) (Entered: 07/23/2015) |
| 08/14/2015 | 139 | | Set/Reset Deadlines re 126 MOTION to Vacate under 28 U.S.C. 2255 in case as to Mani Batchu. Responses due by 9/18/2015. (Healy, Bethaney) (Entered: 08/14/2015) |
| 09/18/2015 | 140 | | MOTION to Continue *the Government's deadline to respond to the defendant's Section 2255 Motion until December 18, 2015* as to Mani Batchu by USA. (Breslow, Steven) (Entered: 09/18/2015) |
| 09/23/2015 | 141 | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 140 Motion to Continue Deadline to Oppose Section 2255 Motion as to Mani Batchu (1). ALLOWED. No further extensions will be permitted. (Healy, Bethaney) (Entered: 09/23/2015) |
| 12/09/2015 | 142 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Mani Batchu 126 MOTION to Vacate under 28 U.S.C. 2255. Government's Response due by 12/18/2015. (Healy, Bethaney) (Entered: 12/09/2015) |
| 12/18/2015 | 143 | | Opposition by USA as to Mani Batchu re 126 MOTION to Vacate under 28 U.S.C. 2255 (Breslow, Steven) (Entered: 12/18/2015) |
| 01/11/2016 | 144 | | MOTION for Extension of Time to 3/18/16 to File Reply to Govt's 143 Opposition to Motion as to Mani Batchu. (Lindsay, Maurice) (Entered: 01/11/2016) |
| 01/11/2016 | 145 | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 144 Petitioner's Motion for Extension of Time until March 18, 2016 to File Reply as to Mani Batchu (1). (Healy, Bethaney) (Entered: 01/11/2016) |
| 01/11/2016 | 146 | | Set/Reset Deadlines re Motion in case as to Mani Batchu 126 MOTION to Vacate under 28 U.S.C. 2255: Petitioner's Reply due by 3/18/2016. (Healy, Bethaney) (Entered: 01/11/2016) |
| 03/15/2016 | 147 | | MOTION to Continue Deadline to 6/17/16 to Submit A Reply to Govt's 143 Opposition to his 126 Motion under 2255 as to Mani Batchu. (Lindsay, Maurice) (Entered: 03/15/2016) |
| 03/16/2016 | 148 | | Judge Michael A. Ponsor: ENDORSED ORDER entered granting 147 Motion to Continue Deadline to Submit Reply. ALLOWED. Extension to June 17, 2016 as to Mani Batchu (1) (Lindsay, Maurice) (Entered: 03/16/2016) |

| 03/16/2016 | 149 | | Copy re <u>148</u> Order on Motion to Continue mailed to Mani Batchu on 3/16/16. (Lindsay, Maurice) (Entered: 04/04/2016) |
|---|---|---|---|
| 04/04/2016 | <u>150</u> | | Letter (non–motion) regarding Communications as to Mani Batchu (Lindsay, Maurice) (Entered: 04/04/2016) |
| 06/13/2016 | <u>151</u> | | MOTION to Continue to 9/9/16 to File Reply to Govt's Opposition as to Mani Batchu(Lindsay, Maurice) (Entered: 06/13/2016) |
| 06/14/2016 | <u>152</u> | | Judge Michael A. Ponsor: ENDORSED ORDER entered granting <u>151</u> Motion to Continue Deadline to Submit a Reply to Govt's Opposition as to Mani Batchu (1). ALLOWED. Extension to Sept. 9, 2016. (Lindsay, Maurice) (Entered: 06/14/2016) |
| 06/14/2016 | 153 | | Copy re <u>152</u> Order on Motion to Continue mailed to Mani Batchu on 6/14/16. (Lindsay, Maurice) (Entered: 06/14/2016) |
| 06/20/2016 | <u>154</u> | | Letter (non–motion) regarding Requesting an update on his docket as to Mani Batchu. – Updated docket sheet forwarded to the Deft. (Finn, Mary) (Entered: 06/20/2016) |
| 08/29/2016 | <u>155</u> | | MOTION for Extension of Time to 9/30/16 to File Reply to Govt's <u>143</u> Opposition to his <u>126</u> Motion to vacate as to Mani Batchu. (Attachments: # <u>1</u> Cover Letter)(Lindsay, Maurice) (Entered: 08/29/2016) |
| 08/30/2016 | 156 | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting <u>155</u> Motion for Extension of Time to 9/30/16 to File Reply to Govt's <u>143</u> Opposition to his <u>126</u> Motion to vacate. ALLOWED. as to Mani Batchu (1) (Lindsay, Maurice) (Entered: 08/30/2016) |
| 09/12/2016 | <u>157</u> | | REPLY TO RESPONSE to Motion by Mani Batchu re <u>126</u> MOTION to Vacate under 28 U.S.C. 2255 and a Copy of his Motion to Ext. time to 9/30/2016 as part of it. (Finn, Mary) Modified on 9/12/2016 to add that his motion to ext. time is a part of the reply. (Finn, Mary). (Entered: 09/12/2016) |
| 10/04/2016 | <u>158</u> | | REPLY to Govt's <u>143</u> and <u>129</u> Oppositions to his <u>126</u> MOTION to Vacate under 28 U.S.C. 2255 by Mani Batchu. (Attachments: # <u>1</u> Exhibits, # <u>2</u> Cover Letter)(Lindsay, Maurice) (Entered: 10/04/2016) |
| 11/22/2016 | <u>162</u> | | Letter MOTION for Extension of Time to file remaining materials by Christmas Day as to Mani Batchu. (Lindsay, Maurice) (Entered: 11/22/2016) |
| 11/23/2016 | 163 | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting <u>162</u> Motion for Extension of Time to file remaining materials by Christmas Day 12/25/16 as to Mani Batchu (1) ALLOWED. (Lindsay, Maurice) (Entered: 11/23/2016) |
| 11/23/2016 | 164 | | Copy re 163 Order on Motion for Extension of Time to File Response/Reply mailed to Mani Batchu on 11/23/16. (Lindsay, Maurice) (Entered: 11/23/2016) |
| 12/27/2016 | <u>165</u> | | Defendant's Omnibus MOTION to Appoint Counsel and for Evidentiary Hearing as to Mani Batchu. (Attachments: # <u>1</u> Cover Letter)(Lindsay, Maurice) (Entered: 12/27/2016) |
| 12/28/2016 | <u>166</u> | | Judge Michael A. Ponsor: MEMORANDUM AND ORDER entered. As follows: For the reasons stated. The Motion for Appointment of Counsel is hereby ALLOWED,and the Motion for an Evidentiary Hearing is DENIED, |

| | | | |
|---|---|---|---|
| | | | without prejudice. Once counsel is on board, the court may reconsider the possibility of an evidentiary hearing. The clerk is directed to appoint counsel to represent Defendant. Once counsel is appointed, the court will set a date for a status conference to determine how counsel intends to proceed. It is So Ordered. See the attached memo and order for complete details. (Lindsay, Maurice) (Entered: 12/28/2016) |
| 12/29/2016 | 167 | | NOTICE OF ATTORNEY APPEARANCE Alex J. Grant appearing for USA. (Grant, Alex) (Entered: 12/29/2016) |
| 12/29/2016 | 168 | | NOTICE of Withdrawal of Appearance by Government Attorney AUSA STEVEN H. BRESLOW as to Mani Batchu (Breslow, Steven) (Entered: 12/29/2016) |
| 12/29/2016 | | | Attorney update in case as to Mani Batchu. Attorney Steven H. Breslow terminated. (Lindsay, Maurice) (Entered: 12/29/2016) |
| 01/12/2017 | | | Attorney update in case as to Mani Batchu. Attorney Kevin Barron added. (Healy, Bethaney) (Entered: 01/12/2017) |
| 01/18/2017 | 169 | | REPLY BRIEF as to Mani Batchu: Re: 126 MOTION to Vacate under 28 U.S.C. 2255 filed by Mani Batchu. (Lindsay, Maurice) (Entered: 01/18/2017) |
| 01/18/2017 | 170 | | ELECTRONIC NOTICE OF HEARING as to Mani Batchu ISSUED. Status Conference set for 2/14/2017 at 2:30 PM in Hampden Courtroom before Judge Michael A. Ponsor. (Healy, Bethaney) (Entered: 01/18/2017) |
| 02/02/2017 | 171 | | Defendant's First couple of pages of the remaining Portion of his 2255 Reply Brief by Mani Batchu (Lindsay, Maurice) (Entered: 02/02/2017) |
| 02/10/2017 | 172 | | Assented to MOTION to Continue *Status Conference* as to Mani Batchu. (Barron, Kevin) (Entered: 02/10/2017) |
| 02/10/2017 | 173 | | Letter (non−motion) regarding remaining sections of his reply brief and supplemental materials as to Mani Batchu (Lindsay, Maurice) (Entered: 02/10/2017) |
| 02/11/2017 | 174 | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 172 Motion to Continue the February 14, 2017 Status as to Mani Batchu (1). Allowed. The clerk shall reschedule the conference to a date mutually agreeable to the parties. (Healy, Bethaney) (Entered: 02/11/2017) |
| 02/14/2017 | 175 | | ELECTRONIC NOTICE OF RESCHEDULING as to Mani Batchu ISSUED. Status Conference moved to 3/14/2017 at 11:00 AM in Hampden Courtroom before Judge Michael A. Ponsor. (Healy, Bethaney) (Entered: 02/14/2017) |
| 02/23/2017 | 176 | | Letter (non−motion) regarding delay of additional information as to Mani Batchu (Lindsay, Maurice) (Entered: 02/23/2017) |
| 03/09/2017 | 177 | | Assented to MOTION to Continue *Status Conference* to Week of March 27 as to Mani Batchu. (Barron, Kevin) (Entered: 03/09/2017) |
| 03/12/2017 | 178 | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered granting 177 Motion to Continue 3/14/17 Status Conference as to Mani Batchu (1). Allowed. The Status Conference is continued to 3/28/2017 at 11:00 AM in Hampden Courtroom before Judge Michael A. Ponsor. (Healy, Bethaney) (Entered: 03/12/2017) |

| 03/28/2017 | 179 | | Electronic Clerk's Notes for proceedings held before Judge Michael A. Ponsor: Counsel appear for Status Conference as to Mani Batchu held on 3/28/2017. Colloquy re: status of matter. Defendant's status report due by 5/30/17. (Attorneys present: Grant, Barron. )Court Reporter Name and Contact or digital recording information: Sarah Mubarek, Philbin & Associates, 413–788–4078. (Healy, Bethaney) (Entered: 03/28/2017) |
| 04/13/2017 | 181 | | Judge Michael A. Ponsor: ENDORSED ORDER entered granting 180 Motion to Allow Attorney Barron Access to His Sealed Documents as to Mani Batchu (1). Construed as a Motion to allow Defendants Counsel access to sealed documents, this is ALLOWED. (Lindsay, Maurice) (Entered: 04/14/2017) |
| 05/30/2017 | 182 | | STATUS REPORT by Mani Batchu (Barron, Kevin) (Entered: 05/30/2017) |
| 05/31/2017 | 183 | | Judge Michael A. Ponsor: ORDER entered. re 182 Status Report. APPROVED. Further status report on or before June 30, 2017. So Ordered., as to Mani Batchu. (Lindsay, Maurice) (Entered: 05/31/2017) |
| 06/30/2017 | 184 | | STATUS REPORT by Mani Batchu (Barron, Kevin) (Entered: 06/30/2017) |
| 10/10/2017 | 189 | | Letter (non–motion) from Defendant, requesting copy of docket sheet as to Mani Batchu. (Healy, Bethaney) (Entered: 10/11/2017) |
| 03/27/2018 | 196 | | MOTION to Produce as to Mani Batchu. (Barron, Kevin) (Entered: 03/27/2018) |
| 04/11/2018 | 197 | | Opposition by USA as to Mani Batchu re 196 MOTION to Produce (Grant, Alex) (Entered: 04/11/2018) |
| 05/02/2018 | 198 | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered. Defendant's Motion to Produce (Dkt. No. 196) is DENIED, without prejudice to a more detailed offering. The requested material is potentially sensitive, and the motion does not allow the court to discern, or even conceive, of its relevance to the petition. So ordered. (Kaplan, Jennifer) (Entered: 05/02/2018) |
| 05/18/2018 | 199 | | MOTION to Seal Document as to Mani Batchu. (Barron, Kevin) (Entered: 05/18/2018) |
| 06/06/2018 | 200 | | Judge Michael A. Ponsor: ELECTRONIC ORDER entered. Petitioner's Motion to Seal Document as to Mani Batchu (Dkt. No. 199) is hereby ALLOWED, without opposition. Defendant may file a sealed declaration on or before June 15, 2018. So ordered. (Kaplan, Jennifer) (Entered: 06/06/2018) |
| 07/19/2018 | 202 | | Notice of Reassignment as to Mani Batchu. Judge Mark G. Mastroianni added. Judge Michael A. Ponsor no longer assigned to case. (Healy, Bethaney) (Entered: 07/19/2018) |
| 10/04/2018 | 203 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered granting 196 Defendants Motion to Produce on reconsideration in light of supplemental submission subject to the following protective order. Review of the requested material is limited to counsel of record and the expert identified in the supplemental submission. The material requested may not be shared, copied, or used in any way beyond the purpose detailed in the supplemental submission 201 . (Lindsay, Maurice) (Entered: 10/04/2018) |
| 10/30/2018 | 204 | | |

| | | | |
|---|---|---|---|
| | | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered as to Mani Batchu. Defendant's counsel is directed to file a status report with the court on or before November 16, 2018. (Status Report due by 11/16/2018) (Bartlett, Timothy) (Entered: 10/30/2018) |
| 11/06/2018 | 206 | | MOTION to Seal Document *(Supplement to Status Report)* as to Mani Batchu. (Barron, Kevin) (Entered: 11/06/2018) |
| 11/07/2018 | 207 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered granting 206 Motion to Seal Document as to Mani Batchu (1). ALLOWED. (Lindsay, Maurice) (Entered: 11/07/2018) |
| 11/13/2018 | 208 | | MOTION for Discovery as to Mani Batchu. (Attachments: # 1 Exhibit A (Subpoenas), # 2 Exhibit B (Letter to Trial Counsel))(Barron, Kevin) (Entered: 11/13/2018) |
| 11/14/2018 | 209 | | STATUS REPORT by Mani Batchu (Barron, Kevin) (Entered: 11/14/2018) |
| 11/26/2018 | 212 | | Opposition by USA as to Mani Batchu re 208 MOTION for Discovery (Grant, Alex) (Entered: 11/26/2018) |
| 01/02/2019 | 215 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered granting 208 Motion for Discovery. Good cause exists to explore and develop further the attorney conflict issue and ineffective claim. Though the timeline of events and substantial facts are already establishedas noted by the government in its oppositionDefendant has demonstrated a good cause basis to seek this narrowly defined discovery. (Lindsay, Maurice) (Entered: 01/02/2019) |
| 01/09/2019 | 216 | | Judge Mark G. Mastroianni: ORDER entered as to Mani Batchu re restitution. (Bartlett, Timothy) (Entered: 01/15/2019) |
| 05/09/2019 | 217 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered as to Mani Batchu; Defendants counsel is directed to file a status report with the court and proposed timeline for the next phase of this case on or before June 7, 2019. (Rivera, Christina) (Entered: 05/09/2019) |
| 06/06/2019 | 218 | | STATUS REPORT *WITH PROPOSED TIMELINE* by Mani Batchu (Barron, Kevin) (Entered: 06/06/2019) |
| 06/11/2019 | 219 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered as to Mani Batchu re 218 Status Report filed by Mani Batchu. The court adopts the timeline proposed, and directs a further status report be filed on or before December 2, 2019. (Bartlett, Timothy) (Entered: 06/11/2019) |
| 10/02/2019 | 222 | | US Marshal Process Receipt and Return for Subpoena to Testify at Deposition and Subpoena to Produce Documents. Richard N. Foley, Esquire, 414 State Street, #2, Portsmouth NH 03801 served, delivered on 9/24/2019 at 12:30. (Finn, Mary) (Entered: 10/02/2019) |
| 10/02/2019 | 223 | | US Marshal Process Receipt and Return for Supoenas to testify at deposition and to produce documents. Richard N. Foley, Esquire, 414 State Street,, #2, Portsmouth, NH 03801 served, delivered on 9/24/2019 at 12:30. (Finn, Mary) (Entered: 10/02/2019) |
| 10/02/2019 | 224 | | Documents [222 and 223 are docketed in the correct case – due to 14–30203–MGM is a 2255 Habeas Petition) – as to Mani Batchu: (Finn, |

| | | | |
|---|---|---|---|
| | | | Mary) (Entered: 10/02/2019) |
| 10/03/2019 | 225 | | Assented to MOTION for Extension of Time to File *(For Extension of Discovery Schedule and to Serve New Subpoenas)* as to Mani Batchu. (Barron, Kevin) (Entered: 10/03/2019) |
| 10/04/2019 | 226 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered granting 225 Assented to Motion for Extension of Time to File. The deposition of trial counsel shall be completed by November 15, 2019 and hearing briefs and opposing papers shall be submitted within 60 days, in keeping with the timeline originally proposed by Defendant. (Rivera, Christina) (Entered: 10/04/2019) |
| 11/06/2019 | 227 | | Emergency MOTION to Compel *Compliance with Subpoenas (with No Objection from Government)* as to Mani Batchu. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Barron, Kevin) (Main Document 227 unsigned original motion replaced with a signed copy on 11/7/2019) (Lindsay, Maurice). (Entered: 11/06/2019) |
| 11/07/2019 | 228 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered granting 227 Emergency Motion to Compel Compliance with Subpoenas to Produce Documents by November 13 and to Appeal for November 15 Deposition. A copy of this order and the motion (including attachments) 227 shall be mailed to Attorney Foley at Law Offices of Richard N. Foley, PO Box 868, Portsmouth, New Hampshire, 03802. (Lindsay, Maurice) (Entered: 11/07/2019) |
| 11/07/2019 | 229 | | Copy re 228 Order on Motion to Compel, 227 Emergency MOTION to Compel *Compliance with Subpoenas (with No Objection from Government)* mailed to Attorney Richard Foley, PO Box 868, Portsmouth, New Hampshire 03802. on 11/7/19. (Lindsay, Maurice) (Entered: 11/07/2019) |
| 11/14/2019 | 230 | | US Marshal Process Receipt and Return for Subpoenas. Richard N. Foley, 135 Lafayette Road, North Hampton, NH 03863 served, delivered on 11/12/2019. (Finn, Mary) (Entered: 11/14/2019) |
| 11/14/2019 | 231 | | US Marshal Process Receipt and Return for Subpoena to Testify. Richard N. Foley, 135 Lafayette Road, North Hampton, NH 03863 served, delivered on 11/15/2019.. (Finn, Mary) (Entered: 11/14/2019) |
| 11/25/2019 | 232 | | US Marshal Process Receipt and Return for Subpoenas. Richard N. Foley, Esquire, 135 Lafayette Road, North Hampton, NH 03863 or 20 Rudulf Aven7e, Kittery, ME 03904–1537 served, delivered on Service was attempted at 1245 hrs on 11/4/2019. Spoke to a David Adkis who has resided at the residence since 2017, Subject above unable to be located.. (Finn, Mary) (Entered: 11/25/2019) |
| 12/09/2019 | 233 | | MOTION for Extension of Time to File *Status Report and Status Report* as to Mani Batchu. (Barron, Kevin) (Entered: 12/09/2019) |
| 12/30/2019 | 234 | | Assented to MOTION for Extension of Time to File *Petitioner's Brief* as to Mani Batchu. (Barron, Kevin) (Entered: 12/30/2019) |
| 12/31/2019 | 235 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered granting 233 Petitioners motion for an extension of time to file his status report and 234 Assented to Motion for Extension of Time to File Petitioners Hearing Brief. |

| | | | Counsel for Petitioner shall file the hearing brief by **2/15/2020**. (Rivera, Christina) (Entered: 12/31/2019) |
|---|---|---|---|
| 02/12/2020 | 236 | | Assented to MOTION for Extension of Time to File *Petitioner's Hearing Brief* as to Mani Batchu. (Barron, Kevin) (Entered: 02/12/2020) |
| 02/13/2020 | 237 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered granting 236 Defendant–petitioners Further Assented–to Motion for Extension of Time. Defendant–petitioners hearing brief shall be filed on or before February 19, 2020. (Lindsay, Maurice) (Entered: 02/13/2020) |
| 02/18/2020 | 238 | | Assented to MOTION to Seal Document as to Mani Batchu. (Barron, Kevin) (Entered: 02/18/2020) |
| 02/19/2020 | 239 | | Assented to MOTION for Leave to File Excess Pages *of Petitioner's Hearing Brief* as to Mani Batchu. (Attachments: # 1 Appendix Petitioner's Hearing Brief, # 2 Exhibit A – Evaluation, # 3 Appendix Deposition Transcript, # 4 Exhibit Deposition Exhibit G, # 5 Exhibit Deposition Exhibit H, # 6 Exhibit Deposition Exhibit O, p. 7)(Barron, Kevin) (Entered: 02/19/2020) |
| 02/21/2020 | 240 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered granting 238 Assented–to Motion to Seal Exhibit and 239 Assented–to Motion for Leave to File Excess Pages. (Lindsay, Maurice) (Entered: 02/21/2020) |
| 03/10/2020 | 242 | | Memorandum regarding Petitioner's Hearing Brief as to Mani Batchu (Attachments: # 1 Exhibit A, Evaluation, # 2 Exhibit Deposition Transcript, # 3 Exhibit Deposition Exhibit G, # 4 Exhibit Deposition Exhibit H, # 5 Exhibit Deposition Exhibit O, # 6 Supplement Table of Contents)(Barron, Kevin) (Entered: 03/10/2020) |
| 03/16/2020 | 243 | | Assented to MOTION for Leave to File *Oversized Brief* as to Mani Batchu by USA. (Attachments: # 1 Exhibit Government Response to Hearing Brief, # 2 Exhibit Attachment A)(Grant, Alex) (Entered: 03/16/2020) |
| 03/17/2020 | 244 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered granting 243 Assented–to Motion to File Oversized Brief. (Lindsay, Maurice) (Entered: 03/17/2020) |
| 03/17/2020 | 245 | | MEMORANDUM in Opposition by USA as to Mani Batchu re 126 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Exhibit Attachment A)(Grant, Alex) (Entered: 03/17/2020) |
| 03/17/2020 | 246 | | MOTION for Discovery *(for Issuance to Two Further Subpoenas for Law Firm Records)* as to Mani Batchu. (Attachments: # 1 Appendix Proposed Subpoena, # 2 Appendix Proposed Subpoena)(Barron, Kevin) (Entered: 03/17/2020) |
| 04/06/2020 | 247 | | Opposition by USA as to Mani Batchu re 246 MOTION for Discovery *(for Issuance to Two Further Subpoenas for Law Firm Records)* (Grant, Alex) (Entered: 04/06/2020) |
| 04/06/2020 | 248 | | MOTION for Leave to File *Reply* as to Mani Batchu. (Attachments: # 1 Appendix Proposed Reply)(Barron, Kevin) (Entered: 04/06/2020) |
| 04/08/2020 | 249 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered granting 248 Defendants Motion For Leave to File Reply and 246 Defendants Motion for |

| | | | |
|---|---|---|---|
| | | | Discovery. Though Defendant has not explained his delay in making this request and it is hard to justify the delay, under the circumstances of this case, the court finds the interest of fully exploring the issues related to trial counsels possible pecuniary conflict outweigh the arguments for denying the discovery due to delay. To prevent further delay, the court will move forward with consideration of the substantial briefing already filed by the parties. In a subsequent order, the court will set a date in July for a hearing on that briefing. Should the requested subpoenas yield materials Defendant believes relevant to this court, he may file a supplemental brief not to exceed five pages within 14 days of receiving the material and, within 14 days of that filing, the government may file a response also not to exceed five pages. (Lindsay, Maurice) (Entered: 04/08/2020) |
| 04/09/2020 | 250 | | ELECTRONIC NOTICE OF HEARING ON MOTION as to Mani Batchu 126 MOTION to Vacate under 28 U.S.C. 2255 ISSUED. Motion Hearing set for 7/16/2020 at 2:00 PM in Hampden Courtroom before Judge Mark G. Mastroianni. (Healy, Bethaney) (Entered: 04/09/2020) |
| 04/16/2020 | 251 | | Documents Received for filing from the Defendant included two copies of completed Subpoena's and a highlighted copy of the court's docket sheet as to Mani Batchu: (Lindsay, Maurice) (Entered: 04/16/2020) |
| 06/16/2020 | 253 | | US Marshal Process Receipt and Return for Subpoena for Documents. Francis T O'Brien, O'Brian Law Boston, PC, 50 Congress Steet, Ste. 525, Boston, mA 020109 served, delivered on Attempete service 5/20. 5/521 and service made 5/21/2020.. (Finn, Mary) (Entered: 06/16/2020) |
| 06/18/2020 | 255 | | MOTION for Clarification as to Mani Batchu. (Barron, Kevin) (Entered: 06/18/2020) |
| 06/20/2020 | 256 | | AFFIDAVIT of CJA Appellate Counsel, Claudia Leis Bolgen, by Mani Batchu 126 MOTION to Vacate under 28 U.S.C. 2255 filed by Mani Batchu (Barron, Kevin) (Entered: 06/20/2020) |
| 06/22/2020 | 257 | | ELECTRONIC NOTICE OF HEARING ON MOTION as to Mani Batchu 255 MOTION for Clarification : Motion Hearing set for **6/25/2020 at 9:30 AM** before Judge Mark G. Mastroianni. Court to provide parties with call–in information. (Rivera, Christina) (Entered: 06/22/2020) |
| 06/22/2020 | 258 | | ELECTRONIC NOTICE as to Mani Batchu, Resetting Hearing on Motion 255 MOTION for Clarification : The hearing previously scheduled for 6/25/2020 at 9:30 AM has been canceled and rescheduled. Motion Hearing set for **6/30/2020 at 10:30 AM** before Judge Mark G. Mastroianni. (Rivera, Christina) (Entered: 06/22/2020) |
| 06/22/2020 | 259 | | MOTION to Continue *or Reschedule June 25 Hearing* as to Mani Batchu. (Barron, Kevin) (Entered: 06/22/2020) |
| 06/23/2020 | 260 | | MOTION to Withdraw Document 259 MOTION to Continue *or Reschedule June 25 Hearing* as to Mani Batchu. (Barron, Kevin) (Entered: 06/23/2020) |
| 06/24/2020 | 261 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered granting 260 Motion to Withdraw 259 Motion to Continue. as to Mani Batchu (1) (Lindsay, Maurice) (Entered: 06/24/2020) |
| 06/30/2020 | 263 | | |

| | | | |
|---|---|---|---|
| | | | Remark: Telephone Conference information sent to all parties via email. (Rivera, Christina) (Entered: 06/30/2020) |
| 06/30/2020 | 264 | | Electronic Clerk's Notes for proceedings held before Judge Mark G. Mastroianni: Motion Hearing as to Mani Batchu held on 7/1/2020. Present via Telephone: Alex J. Grant for USA, Kevin L. Baron for Defendant. Colloquy re: Status and facts of case. Parties discuss potential witnesses. Defense is to file Motions discussed at hearing on or before the next Status Conference set for 8/19/2020 at 11:00 AM. Court to provided parties with telephone call–in information. |
| | | | Court Reporter Name and Contact or digital recording information: Alice Moran at alice.moran@verizon.net. (Rivera, Christina). (Entered: 07/01/2020) |
| 07/01/2020 | 265 | | ELECTRONIC NOTICE CANCELING HEARING as to Mani Batchu. Motion Hearing scheduled for 7/16/2020 is now vacated and replaced with a Status Conference on 8/19/2020 at 11:00 AM. (Rivera, Christina) (Entered: 07/01/2020) |
| 07/01/2020 | 266 | | ELECTRONIC NOTICE OF HEARING as to Mani Batchu: Status Conference set for **8/19/2020 at 11:00 AM** before Judge Mark G. Mastroianni. Clerk to provide parties with call–in information. (Rivera, Christina) (Entered: 07/01/2020) |
| 07/31/2020 | 267 | | STATUS REPORT by Mani Batchu (Barron, Kevin) (Entered: 07/31/2020) |
| 08/12/2020 | 268 | | MOTION for Hearing *(Evidentiary)* as to Mani Batchu. (Attachments: # 1 Exhibit A)(Barron, Kevin) (Entered: 08/12/2020) |
| 08/19/2020 | 269 | | Remark: Telephone Conference call–in information provided to all parties via email. (Rivera, Christina) (Entered: 08/19/2020) |
| 08/19/2020 | 270 | | Electronic Clerk's Notes for proceedings held before Judge Mark G. Mastroianni: Status Conference as to Mani Batchu held on 8/19/2020. Present via Telephone: Alex J. Grant for USA, Kevin L. Barron for Deft. Colloquy re: Status of case. Court gives parties opportunity to Argue Defendant's Motion for an Evidentiary Hearing. Court hears arguments. Defense to file electronically supplemental documents discussed during hearing within one week of today. Court will have a ruling on 268 Motion for Hearing (evidentiary) after receipt of those documents. Next Status Conference set for 9/8/2020 at 9:30 AM. Notice to follow. Court Reporter Name and Contact or digital recording information: Alice Moran at alice.moran@verizon.net. (Rivera, Christina) . (Entered: 08/20/2020) |
| 08/20/2020 | 271 | | Memorandum regarding Documents Provided in Response to Subpoenas as to Mani Batchu (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Barron, Kevin) (Entered: 08/20/2020) |
| 08/28/2020 | 272 | | RESPONSE to Motion by USA as to Mani Batchu re 268 MOTION for Hearing *(Evidentiary)* (Grant, Alex) (Entered: 08/28/2020) |
| 08/31/2020 | 273 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered granting 268 Motion for Evidentiary Hearing with respect to Richard Foley. Having reviewed the document and arguments advanced by the parties, the court finds Petitioner has identified factual issues in dispute regarding Foleys actions and |

| | | | |
|---|---|---|---|
| | | | motivations that warrant a limited evidentiary hearing. U.S. v. McGill, 11 F.3d 223, 225 (1st Cir. 1993). While the government has made some compelling arguments about the timing of various events, the court understands Defendant to have made a broader argument about Foleys ineffectiveness that is not necessarily inconsistent with the timeline laid out by the government. As to the other potential witnesses identified by Petitioner, the motion is denied without prejudice. At this time, the court concludes Petitioner has not made a sufficient showing that testimony from those witnesses would assist the court in resolving the factual issues in dispute. Id. (Lindsay, Maurice) (Entered: 08/31/2020) |
| 12/14/2020 | 274 | | ELECTRONIC NOTICE OF HEARING as to Mani Batchu<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.<br><br>Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>Status Conference set for 12/18/2020 10:00 AM in Remote Proceeding : Springfield before Judge Mark G. Mastroianni. (Healy, Bethaney) (Entered: 12/14/2020) |
| 12/18/2020 | 275 | | Electronic Clerk's Notes for proceedings held before Judge Mark G. Mastroianni: Status Conference as to Mani Batchu held on 12/18/2020. (Attorneys present via Telephone: Alex J. Grant for USA, Kevin L. Barron for Defendant. ) Colloquy re: Status on setting an Evidentiary hearing. Hearing set for January 5, 2021 at 10:00 AM. Court Orders Attorney Richard Foley to appear for said hearing via ZOOM Video. A separate Order shall be mailed to Attorney Foley. Court will contact facility where Defendant is housed to attempt to have Defendant present at said hearing. Court Reporter Name and Contact or digital recording information: Alice Moran at alice.moran@verizon.net. (Rivera, Christina) (Entered: 12/18/2020) |
| 12/18/2020 | 276 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered setting evidentiary hearing for 1/5/2021 at 10:00 am. Attorney Richard Foley is ordered to appear for the hearing, which will be conducted remotely via Zoom due to the ongoing pandemic. A copy of this notice and instructions regarding use of Zoom to access court proceedings shall be mailed to Attorney Richard Foley, at the address associated with his active membership in the Massachusetts bar.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible. |

| | | | |
|---|---|---|---|
| | | | Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>Evidentiary Hearing set for **1/5/2021 at 10:00 AM** in Remote Proceeding : Springfield before Judge Mark G. Mastroianni.) (Rivera, Christina) (Entered: 12/18/2020) |
| 12/18/2020 | 277 | | Copy re: Notice of 275 Status Conference and 276 Order mailed to Attorney Richard N. Foley on 12/18/2020 at: P.O. Box 868, Portsmouth, New Hampshire, 03802. (Rivera, Christina) (Entered: 12/18/2020) |
| 12/30/2020 | 278 | | APPENDIX/EXHIBIT by Mani Batchu (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)(Barron, Kevin) (Entered: 12/30/2020) |
| 01/03/2021 | 279 | | APPENDIX/EXHIBIT by Mani Batchu (Barron, Kevin) (Entered: 01/03/2021) |
| 01/05/2021 | 280 | | Electronic Clerk's Notes for proceedings held before Judge Mark G. Mastroianni: Evidentiary Hearing as to Mani Batchu held on 1/5/2021. (Attorneys present via ZOOM Video: AUSA Grant, Atty Barron for Deft. Atty Foley, Witness) Colloquy re: Court discusses evidentiary hearing. Court decides that hearing cannot go forward as the Defendant is not present. Court staff as well as Defense Counsel has reached out various times to the facility where Defendant is being held and has been unsuccessful in arranging the appearance of the Defendant. Clerk and Defense Counsel will continue attempting reaching someone to arrange the appearance of the Deft. Evidentiary Hearing Continued to February 24, 2021 at 11:00 AM via Zoom video. Court Reporter Name and Contact or digital recording information: Alice Moran at alice.moran@verizon.net. (Rivera, Christina) (Entered: 01/15/2021) |
| 01/15/2021 | 281 | | Set Hearings as to Mani Batchu:<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.<br><br>Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. |

| | | | |
|---|---|---|---|
| | | | Evidentiary Hearing set for **2/24/2021 at 11:00 AM** in Remote Proceeding : Springfield before Judge Mark G. Mastroianni. (Rivera, Christina) (Entered: 01/15/2021) |
| 02/24/2021 | 282 | | Electronic Clerk's Notes for proceedings held before Judge Mark G. Mastroianni: Evidentiary Hearing as to Mani Batchu held on 2/24/2021. (Present via ZOOM Video: AUSA Grant, Atty Barron for Defendabt, Deft(UC) via telephone) Colloquy re: Court hears Defendant's arguments. Defense calls Witness Mr. Foley. Witness Mr. Foley placed under Oath. Court hears testimony from Mr. Foley. Defense moves for evidence to be admitted; Court allows over the Objection of the Government on letter from Mr. O'Brien. Government cross examines Defense Witness Mr. Foley. Government moves for admission of exhibits into evidence; Court allows all exhibits from both parties to be admitted into evidence. Court takes matter under advisement. A separate Order shall issue. Court Reporter Name and Contact or digital recording information: Kathleen Silva at kathysilva@verizon.net. (Rivera, Christina) (Entered: 02/25/2021) |
| 03/01/2021 | 283 | | Judge Mark G. Mastroianni: MEMORANDUM AND ORDER entered as follows: For the reasons stated, Defendant–Petitioners 2255 petition and motion to vacate (Dkt.No. 126 ) is denied. It is So Ordered. See the attached memo and order for complete details. (Lindsay, Maurice) Civil Case 3:14–cv–30203–MGM closed. (Entered: 03/01/2021) |
| 03/01/2021 | 284 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER entered finding moot 255 Motion for Clarification as this motion was superseded by 268 Defendant–Petitioner's Motion for Evidentiary Hearing, which the court granted on 8/31/2020 273 . (Lindsay, Maurice) (Entered: 03/02/2021) |
| 03/27/2021 | 285 | | MOTION REQUEST FOR AMENDED OR ADDITIONAL FINDINGS UNDER F.R.Civ.P. Rule 52 re 283 Order on Motion to Vacate (2255), as to Mani Batchu. (Barron, Kevin) (Entered: 03/27/2021) |
| 03/29/2021 | 286 | | MOTION for Certificate of Appealability as to Mani Batchu. (Barron, Kevin) (Entered: 03/29/2021) |
| 03/30/2021 | 287 | | MOTION for Reconsideration re 283 Order on Motion to Vacate (2255), as to Mani Batchu. (Barron, Kevin) (Entered: 03/30/2021) |
| 04/01/2021 | 288 | | Judge Mark G. Mastroianni: ELECTRONIC ORDER denying 285 Motion Request for Amended or Additional Findings and 287 Motion for Reconsideration. The court grants 286 Motion for Certificate of Appealability. With respect to the Motion Request for Amended or Additional Findings, the interrogatory style of the filing goes beyond the scope of Fed. R. Civ. P. 52 and the court's ruling provides sufficient findings. The court, therefore, both denies the request for relief pursuant to Rule 52, but liberally construes the filing as a memorandum in support of the Motion for Reconsideration 287 . The court considered the documents in the record, heard Foley testify, and concluded the facts regarding any future appeal were too uncertain to create an actual financial conflict of interest in the months leading up to sentencing. The court also considered the facts of the underlying offense, the explanations provided by the sentencing judge at sentencing, and the recent evaluation of Defendant–Petitioner before determining that there was no reasonable probability that submission of a psychological evaluation would have |

shortened Petitioners sentence. The courts ruling <u>283</u> addressed its disagreement with theories urged by Defendant–Petitioner, including, issues related to the failure to obtain an evaluation, Attorney Foleys inability, under circumstances as they existed, to stop defendants elocution at sentencing, and the existence of a financial conflict. The presence of an appellate waiver in the plea agreement was only one consideration among several that supported the courts conclusion that Foley did not have an actual financial conflict in the months leading up to the sentencing.

Contrary to Defendant–Petitioner's argument, the court did not find that the plea agreement waiver section "foreclosed" an appeal, and thereby eradicated any expectation of an appellate fee, but rather, as the court explained, it was "unclear whether Defendant–Petitioner would be able to file an appeal, let alone that he would retain Attorney Foley for such an appeal." (Dkt. No. 283, 6.) The lack of definitive clarity about whether there will be grounds for an appeal and the impact of an appeal waiver, as noted by the court, is consistent with the Supreme Courts language in *Garza v. Idaho*, 139 S.Ct. 738, 744 (2019). In *Garza*, the Court explained that no waiver of appellate rights is absolute and that the filing of a notice of appeal is usually a ministerial act, often undertaken before a substantive assessment of available grounds for appeal. That a legally thorough analysis by Foley after sentencing would cast hope on survivable appellate options, including enforceability and validity or scope of the waiver, but also ineffective assistance, a ground that could hardly be pursued by him, is not evidence that he was counting on being retained to conduct the appeal. Having heard directly from Attorney Foley, the court was not persuaded that Attorney Foley engaged in such detailed analysis as part of a ploy to get an appellate fee.

Petitioner has been given significant leeway, in terms of opportunity, time and resources, to develop his arguments. Though counsel has presented the arguments thoroughly, the court was not persuaded that a financial conflict existed or that any other basis for habeas relief is applicable in this case. Defendant–Petitioner's most recent arguments add nothing new that would cause the court to revisit its ruling. However, as it is possible that other reasonable jurists may view the facts differently, Petitioner's Motion for Certificate of Appealability <u>286</u> is allowed. (Zamorski, Michael) (Entered: 04/01/2021)

| 04/13/2021 | <u>289</u> | | NOTICE of change of address or firm. Change of address for Mani Batchu, Reg. No. 91057–038, Inmate Mail, FCI Beaumont Low, P.O. Box 26020, Beaumont, TX 77720 as to Mani Batchu. (Finn, Mary) (Entered: 04/13/2021) |
| 04/13/2021 | <u>290</u> | | NOTICE OF APPEAL by Mani Batchu re <u>283</u> Order on Motion to Vacate (2255), 288 Order on Motion for Certificate of Appealability, Order on Motion for Reconsideration,, Order on Motion for Miscellaneous Relief,.. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 5/3/2021. (Finn, Mary) (Entered: 04/13/2021)** |

| 04/13/2021 | 291 | | Certified and Transmitted Abbreviated Electronic Record on Appeal as to Mani Batchu to US Court of Appeals re 290 Notice of Appeal. (Paine, Matthew) (Entered: 04/13/2021) |
| 04/14/2021 | 292 | | USCA Case Number as to Mani Batchu 21−1292 for 290 Notice of Appeal, filed by Mani Batchu. (Paine, Matthew) (Entered: 04/14/2021) |
| 04/23/2021 | 293 | 39 | MOTION for Leave to Appeal In Forma Pauperis as to Mani Batchu.. (Attachments: # 1 Mani Batchu Letter)(Finn, Mary) (Entered: 04/23/2021) |
| 04/23/2021 | 294 | | Copy re 290 Notice of Appeal mailed to Mani Batchu, Reg. No. 91−57−038, Inmate Mail, FCI Beaumont−Low, P.O. Box 26020, Beaumont, TX 77720. on 4/23/2021. ( Finn, Mary) (Entered: 04/23/2021) |
| 04/26/2021 | 295 | 44 | Judge Mark G. Mastroianni: ELECTRONIC ORDER granting 293 Defendant's Motion for Leave to Appeal In Forma Pauperis. A copy of this order shall be mailed to Defendant. (Zamorski, Michael) (Entered: 04/26/2021) |

FILED
IN CLERKS OFFICE

**AFFIDAVIT ACCOMPANYING MOTION**
**FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

2021 APR 22 AM 11:

USA

v.

BATCHU

U.S. DISTRICT COURT      District Court No. 3:10-cr-30008-MGM
DISTRICT OF MASS.        Appeal No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 4-15-2021 |

My issues on appeal are: I.) WHETHER THE RECORD CONTAINS SUFFICIENT EVIDENCE THAT TRIAL COUNSEL DELAYED EXPENDITURE OF BAIL MONIES AND ESCROWED FUNDS OWING TO A PECUNIARY CONFLICT OF INTEREST IN OBTAINING THESE FUNDS FOR AN APPELLATE RETAINER AND WHETHER SUCH DELAY ACTUALLY AFFECTED THE ADEQUACY OF REPRESENTATION?
II. WHETHER TRIAL COUNSEL'S FAILURE TO OBTAIN A SEX OFFENDER EVALUATION FOR SENTENCING "FELL BELOW AN OBJECTIVE STANDARD OF REASONABLENESS" AND THAT SUCH A DEFICIENCY WAS "PREJUDICIAL TO THE DEFENSE"?

1.    *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 1000 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |

1

| Public-assistance (such as welfare) | $ O | $ N/A | $ O | $ N/A |
| Other (specify): | $ O | $ N/A | $ O | $ N/A |
| **Total monthly income:** | $0 | $0 | $0 | $0 |

2.  *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

3.  *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

4.  *How much cash do you and your spouse have? $*___N/A___

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5.  *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ N/A |
| | | Make and year: N/A |
| | | Model: N/A |
| | | Registration #: N/A |

| Motor vehicle #2 | | Other assets | Other assets |
|---|---|---|---|
| (Value) $    N/A | | (Value) $   N/A | (Value) $   N/A |
| Make and year:   N/A | | | |
| Model:   N/A | | | |
| Registration #:   N/A | | | |

6.  *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $   N/A | $   N/A |
| N/A | $   N/A | $   N/A |
| N/A | $   N/A | $   N/A |
| N/A | $   N/A | $   N/A |

7.  *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8.  *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>    Are real estate taxes included?    [  ] Yes    [  ] No<br>    Is property insurance included?    [  ] Yes    [  ] No | $   N/A | $   N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $   N/A | $   N/A |
| Home maintenance (repairs and upkeep) | $   N/A | $   N/A |
| Food | $   N/A | $   N/A |
| Clothing | $   N/A | $   N/A |
| Laundry and dry-cleaning | $   N/A | $   N/A |
| Medical and dental expenses | $   N/A | $   N/A |
| Transportation (not including motor vehicle payments) | $   N/A | $   N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $   N/A | $   N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renters: | $   N/A | $   N/A |
|     Life: | $   N/A | $   N/A |
|     Health: | $   N/A | $   N/A |
|     Motor vehicle: | $   N/A | $   N/A |
|     Other: | $   N/A | $   N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $   N/A | $   N/A |

| Installment payments | | |
|---|---|---|
| Motor vehicle: | $ N/A | $ N/A |
| Credit card (name): | $ N/A | $ N/A |
| Department store (name): | $ N/A | $ N/A |
| Other: | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): | $ N/A | $ N/A |
| **Total monthly expenses:** | $ 0 | $ 0 |

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    [  ] Yes    ☒ No       If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?*

    [  ] Yes    ☒ No       If yes, how much?    N/A

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

12. *State the city and state of your legal residence:*   DOWNERS GROVE, ILLINOIS
    *Your daytime phone number: (    )*   N/A
    *Your age:*  41   *Your years of schooling:*   20+
    *Last four digits of your social-security number:*   2786

| Print | | Reset |
|---|---|---|

4

42

FILED
IN CLERKS OFFICE

April 15, 2021

Clerk of the Court
United States District Court
1 Courthouse Way - 2nd Fl.
Boston, MA 02210

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: U.S v. Batchu
Case No.: 3:10-cr-30008-MGM

Dear Clerk of the Court,

    Enclosed herein is my affidavit accompanying motion
for permission to appeal in forma pauperis. Previously,
on April 8th, I sent you a "Notice of Appeal" regarding
this case and a request to return a stamped copy of that
document to my address of:
    Mani Batchu 91057-038
    Inmate Mail
    FCI Beaumont-Low
    PO Box 26020
    Beaumont, TX. 77720

    I have yet to receive confirmation of receipt of my
"Notice of Appeal" nor have I received a stamped copy
of said document. Please follow-up on if the court has
filed that time-sensitive document and send a stamped copy
to the above address where I am currently incarcerated.
Thank you. Please let me know when you file this form as well.
Respectfully, Mani Batchu 91057-038 (Mani BATCHU)

43

**United States District Court**

**District of Massachusetts**

**Notice of Electronic Filing**

The following transaction was entered on 4/26/2021 at 10:39 AM EDT and filed on 4/26/2021

**Case Name:**      USA v. Batchu
**Case Number:** <u>3:10–cr–30008–MGM</u>
**Filer:**
**Document Number:**  295(No document attached)
**Docket Text:**
 **Judge Mark G. Mastroianni: ELECTRONIC ORDER granting [293] Defendant's Motion for Leave to Appeal In Forma Pauperis. A copy of this order shall be mailed to Defendant. (Zamorski, Michael)**

**3:10–cr–30008–MGM–1 Notice has been electronically mailed to:**

Alex J. Grant     Alex.Grant@usdoj.gov, Megan.McKenna2@usdoj.gov, USAMA.ECF@usdoj.gov, caseview.ecf@usdoj.gov

Kevin L. Barron     kevinbarronesq@gmail.com, kevin.barron@mac.com

Alexandra R. Gelber     alexandra.gelber@usdoj.gov

Anitha S. Ibrahim     anitha.ibrahim@usdoj.gov

**3:10–cr–30008–MGM–1 Notice will not be electronically mailed to:**

Mani Batchu(Terminated)

Reg. No. 91057–038
Inmate Mail, FCI Beaumont Low
P.O. Box 26020
Beaumont, TX 77720